UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-730 ABC (AJWx) | Date | July 22, 2013 |
|---|---|---|---|
| Title | The Boeing Company, et al. -vs- KB Yuzhnoye, et al. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Angela Bridges | Katherine Stride | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Micheal Slade<br>Sasha Danna<br>W. Cameron Beard | Aghanni Kasprian<br>Rita Haeusler<br>Gauran Reddy<br>Steven Velkei<br>Claude Mongomery<br>Rudolph Pino, Jr. |

**Proceedings:**     SCHEDULING CONFERENCE

Case called. Counsel makes appearances. Scheduling Conference held. The Court sets the following dates:

Add Claims/Parties Cut-Off: May 12, 2014

Fact Discovery Cut-Off: June 30, 2014

Expert Reports: July 15, 2014 last day to serve plaintiffs expert reports and expert reports to be served ; August 15, 2014 defendants' last day to serve expert reports. September 22, 2014, plaintiffs' and intervenors' last day to serve rebuttal expert reports.

Expert Discovery Cut-Off: October 6, 2014

Last Day to file Motions in Limine: Parties to determine this and stipulate to briefing schedule, leave at least two weeks between reply and hearing

Motion Hearing Date: October 27, 2014 at 10:00 a.m.

Final Pre Trial Conference: January 12, 2015 at 10:00 a.m., trial counsel to be present

Jury Trial: January 26, 2015 at 8:30 a.m.

Counsel are reminded of the requirements of Local Rule 16-15. Court acknowledges parties have agreed upon ADR procedure no. 3, private mediation. Court signs Order/Referral to ADR Pilot Program in open Court. The ADR proceeding to be completed no later than November 10, 2014.

**IT IS SO ORDERED.**

:     21

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-730 ABC (AJWx) | Date | July 22, 2013 |
|---|---|---|---|
| Title | The Boeing Company, et al. -vs- KB Yuzhnoye, et al. | | |

Initials of Preparer    AB