JAMES W. HUNT, State Bar No. 122582
james.hunt@fitzhunt.com
FITZPATRICK & HUNT, TUCKER,
COLLIER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, California  90071
Telephone: (213) 873-2100
Facsimile: (213) 873-2125

RUDOLPH V. PINO, JR. (*Admitted Pro Hac Vice*)
rpino@pinolaw.com
PINO & ASSOCIATES, LLP
50 Main Street
White Plains, New York  10606
Telephone: (914) 946-0600
Facsimile: (914) 946-0650

Attorneys for Defendants
KB YUZHNOYE and PO YUZHNOYE
MASHINOSTROITELNY ZAVOD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al*.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KB YUZHNOYE, *et al*.,<br><br>    Defendants. | CASE NO. CV13-00730-ABC (AJWx)<br>[Honorable Audrey B. Collins]<br><br>**STIPULATION RE:<br>SEVEN-DAY EXTENSION OF<br>THE TIME FOR YUZHNOYE<br>DEFENDANTS TO FILE<br>RESPONSIVE PLEADINGS<br>TO THE COMPLAINT**<br><br>Complaint Filed:  February 1, 2013 |

268262.1

1   WHEREAS, on February 1, 2013, plaintiffs THE BOEING COMPANY and
2   BOEING COMMERCIAL SPACE COMPANY (collectively, the "Plaintiffs") filed
3   the Complaint in this action for (1) Breach of Contract – Creation Agreement; (2)
4   Breach of Contract – Creation Agreement; (3) Breach of Contract – Guarantee
5   Agreement; and (4) Breach of Contract – Guarantee Agreement (the "Complaint");

6   WHEREAS, on or about May 15, 2013, the Plaintiffs and Defendants, KB
7   YUZHNOYE and PO YUZHNOYE MASHINOSTROITELNY ZAVOD
8   (collectively, the "Yuzhnoye Defendants") agreed and filed a stipulation that, subject
9   to Plainitffs' and Yuzhnoye Defendants' respective reservations of rights, the
10  Yuzhnoye Defendants would have through and including June 10, 2013 to move,
11  answer, or otherwise respond to the Complaint (Docket. No. 60);

12  WHEREAS, on June 10, 2013, the Yuzhnoye Defendants filed a motion to
13  dismiss the Complaint (hereinafter, "Motion to Dismiss");

14  WHEREAS, by order dated August 8, 2013, the Court denied the Motion to
15  Dismiss;

16  WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil
17  Procedure, the deadline for Yuzhnoye Defendants to file and serve their responsive
18  pleadings, including their answers to the Complaint, is August 22, 2013;

19  WHEREAS, Yuzhnoye Defendants seek an extension of seven (7) additional
20  days to prepare their responsive pleadings, including their answers to the Complaint,
21  and Plaintiffs do not object to such extension; and

22  THE PARTIES HEREBY STIPULATE AND AGREE, by and through the
23  undersigned counsel, that the Yuzhnoye Defendants shall have through and including
24  August 29, 2013 to file their responsive pleadings, which shall include their answers
25  to the Plaintiffs' Complaint.

26  //
27  //
28

Dated: August 13, 2013

KIRKLAND & ELLIS LLP
SASHA K. DANNA
MICHAEL B. SLADE
CHRISTOPHER ESBROOK

By /s/ Sasha K. Danna
Sasha K. Danna

Attorneys for Plaintiffs
THE BOEING COMPANY AND
BOEING COMMERCIAL SPACE
COMPANY

Dated: August 14, 2013

PINO & ASSOCIATES, LLP
RUDOLPH V. PINO, JR.

By /s/ Rudolph V. Pino, Jr.
Rudolph V, Pino, Jr.

Attorneys for Defendants
KB YUZHNOYE AND PO YUZHNOYE
MASHINOSTROITELNY ZAVOD