UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>　　　　　Defendants. | CASE NO. CV13-00730-ABC (AJWx)<br>[Honorable Audrey B. Collins]<br><br>**[PROPOSED] ORDER RE: SEVEN-DAY EXTENSION OF THE TIME FOR YUZHNOYE DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT**<br><br>Complaint Filed:  February 1, 2013 |

Based on the Stipulation of the parties hereto and good cause appearing, the Court hereby orders that Yuzhnoye Defendants shall have through and including August 29, 2013, to file their responsive pleadings, which shall include their answers, to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: _____, 2013　　　_____
　　　　　　　　　　　　　　　　　Honorable Audrey B. Collins
　　　　　　　　　　　　　　　　　United States District Court Judge

268262.1　　　　　　　　　　　　4