```
1    JAMES W. HUNT, State Bar No. 122582
     james.hunt@fitzhunt.com
2    FITZPATRICK & HUNT, TUCKER,
3    COLLIER, PAGANO, AUBERT, LLP
     633 West Fifth Street, 60th Floor
4    Los Angeles, California  90071
5    Telephone: (213) 873-2100
     Facsimile: (213) 873-2125
6
7    RUDOLPH V. PINO, JR. (Admitted Pro Hac Vice)
     rpino@pinolaw.com
8    PINO & ASSOCIATES, LLP
9    50 Main Street
     White Plains, New York  10606
10   Telephone: (914) 946-0600
11   Facsimile: (914) 946-0650
12
     Attorneys for Defendants
13   KB YUZHNOYE and PO YUZHNOYE
     MASHINOSTROITELNY ZAVOD
14
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THE BOEING COMPANY, *et al.*, | ) CASE NO. CV13-00730-ABC (AJWx) |
|---|---|
| Plaintiffs, | ) [Honorable Audrey B. Collins] |
| vs. | ) **STIPULATION RE:** |
|  | ) **(1) EXTENSION OF TIME FOR** |
| KB YUZHNOYE, *et al.*, | ) **YUZHNOYE DEFENDANTS TO** |
|  | ) **RESPOND TO OLD KVAERNER** |
| Defendants. | ) **INVEST AS'S FIRST AMENDED** |
|  | ) **INTERVENTION COMPLAINT AND** |
|  | ) **(2) SETTING A BRIEFING** |
|  | ) **SCHEDULE FOR RESPONSIVE** |
|  | ) **MOTION(S) RELATING TO THE** |
|  | ) **COMPLAINT** |
|  | ) |
|  | ) Complaint Filed:  February 1, 2013 |

1    WHEREAS, on or about July 8, 2013, Intervenor-Plaintiff Old Kvaerner Invest AS (hereinafter, "Intervenor-Plaintiff") filed its Intervention Complaint in this action followed shortly thereafter by the filing of its First Amended Intervention Complaint in this action (hereinafter, the "First Amended Intervention Complaint");

WHEREAS, on or about July 12, 2013, Intervenor-Plaintiff served the First Amended Intervention Complaint on counsel for Defendants, KB YUZHNOYE and PO YUZHNOYE MASHINOSTROITELNY ZAVOD (collectively, the "Yuzhnoye Defendants");

WHEREAS, on July 17, 2013, Intervenor-Plaintiff and Yuzhnoye Defendants entered into a stipulation (the "July 17, 2013 Stipulation"), which the Court subsequently so-ordered verbatim on July 19, 2013, regarding Yuzhnoye Defendants' time to respond to the First Amended Intervention Complaint; and

WHEREAS, pursuant to the July 17, 2013 Stipulation and the Court's July 19, 2013 Order, the deadline for Yuzhnoye Defendants to move, answer, or otherwise respond to the First Amended Intervention Complaint (except any defense relating to service of process, venue, abstention, or stay as noted in the July 17, 2013 Stipulation), is August 29, 2013.

THE PARTIES HEREBY STIPULATE AND AGREE, by and through the undersigned counsel, that Yuzhnoye Defendants shall have an extension of time through and including September 5, 2013 to move, answer, or otherwise respond to the First Amended Intervention Complaint (except any defense relating to service of process, venue, abstention or stay as noted in the July 17, 2013 Stipulation).  Other than the defenses noted in the July 17, 2013 Stipulation, the Yuzhnoye Defendants expressly reserve any and all defenses and challenges to the First Amended Intervention Complaint.

THE PARTIES FURTHER STIPULATE AND AGREE, by and through the undersigned counsel, that should Yuzhnoye Defendants file any responsive motion(s)

1  relating to the First Amended Intervention Complaint on or before September 5, 2013,
2  Intervenor-Plaintiff shall have through and including October 11, 2013 to file any
3  opposition(s) to such motion(s); Yuzhnoye Defendants shall have through and
4  including October 25, 2013 to file any replies thereto; and, at the time any responsive
5  motion contemplated herein is filed, counsel for the party filing the motion shall seek
6  a motion hearing date of November 18, 2013, or the Court's earliest available hearing
7  date thereafter.

9  Dated: August 14, 2013

BLANK ROME LLP
W. CAMERON BEARD

By _____
W. Cameron Beard

Attorneys for Intervenor-Plaintiff
OLD KVAERNER INVEST AS

16  Dated: August 14, 2013

PINO & ASSOCIATES, LLP
RUDOLPH V. PINO, JR.

By _____
Rudolph V. Pino, Jr.

Attorneys for Defendants
KB YUZHNOYE AND PO YUZHNOYE
MASHINOSTROITELNY ZAVOD