UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. CV13-00730-ABC (AJWx)<br>[Honorable Audrey B. Collins]<br><br>**[PROPOSED] ORDER RE:<br>(1) EXTENSION OF TIME FOR YUZHNOYE DEFENDANTS TO RESPOND TO OLD KVAERNER INVEST AS'S FIRST AMENDED INTERVENTION COMPLAINT AND (2) SETTING A BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) RELATING TO THE COMPLAINT**<br><br>Complaint Filed:  February 1, 2013 |

The Court, having reviewed the Stipulation (1) extending the time for Yuzhnoye Defendants to respond to Intervenor-Plaintiff, Old Kvaerner Invest AS's First Amended Intervention Complaint and (2) setting a briefing schedule for responsive motion(s) relating to the First Amended Intervention Complaint, and finding good cause for the extension of time and proposed briefing schedule set forth therein, HEREBY ORDERS AS FOLLOWS:

[PROPOSED] ORDER RE: EXTENDING TIME TO RESPOND TO KVAERNER FIRST AMENDED INTERVENTION COMPLAINT AND SETTING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) RELATING TO THE FIRST AMENDED INTERVENTION COMPLAINT

1.     Defendants, KB YUZHNOYE and PO YUZHNOYE MASHINOSTROITELNY ZAVOD (collectively, the "Yuzhnoye Defendants") shall have an extension of time through and including September 5, 2013 to move, answer, or otherwise respond to Intervenor-Plaintiff, Old Kvaerner Invest AS's First Amended Intervention Complaint (except any defense relating to service of process, venue, abstention or stay as noted in the July 17, 2013 Stipulation).

2.     Should Yuzhnoye Defendants file any responsive motion(s) relating to the First Amended Intervention Complaint on or before September 5, 2013, then:

    a.     Intervenor-Plaintiff shall have through and including October 11, 2013 to file any opposition(s) to such motion(s); and

    b.     Yuzhnoye Defendants shall have through and including October 25, 2013 to file any replies thereto.

3.     At the time any responsive motion contemplated herein is filed, counsel for the party filing the motion(s) shall seek a motion hearing date of November 18, 2013, or the Court's earliest available hearing date thereafter.

IT IS SO ORDERED.

Dated: _____, 2013        _____
                                                         Honorable Audrey B. Collins
                                                         United States District Court Judge

[PROPOSED] ORDER RE: EXTENDING TIME TO RESPOND TO KVAERNER FIRST AMENDED INTERVENTION COMPLAINT AND SETTING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) RELATING TO THE FIRST AMENDED INTERVENTION COMPLAINT