Sasha K. Danna (SBN 244462)
sasha.danna@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Michael B. Slade (*Admitted Pro Hac Vice*)
michael.slade@kirkland.com
Christopher Esbrook (*Admitted Pro Hac Vice*)
christopher.esbrook@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Plaintiffs*
THE BOEING COMPANY AND BOEING
COMMERCIAL SPACE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>               Plaintiffs,<br><br>OLD KVAERNER INVEST AS,<br><br>               Intervenor Plaintiff,<br><br>        vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>               Defendants. | CASE NO. CV13-00730-ABC (AJWx)<br><br>[Honorable Audrey B. Collins]<br><br>**STIPULATION RE: (1) ONE-WEEK EXTENSION OF TIME TO FILE RULE 12(f) MOTION TO STRIKE AND TO FILE MOTION, ANSWER OR OTHER RESPONSE TO COUNTERCLAIMS; AND (2) BRIEFING SCHEDULE ON SUCH MOTIONS**<br><br>Complaint Filed:  February 1, 2013 |

WHEREAS, on February 1, 2013, plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively, "Plaintiffs") filed the Complaint in this action for (1) Breach of Contract – Creation Agreement; (2) Breach of Contract – Creation Agreement; (3) Breach of Contract – Guarantee Agreement; and (4) Breach of Contract – Guarantee Agreement (the "Complaint");

WHEREAS, on July 8, 2013, pursuant to a stipulated extension of time to respond (*see* Dkt. No. 92 (the "June 27 Stipulation")), defendant S.P. Korolev Rocket and Space Corporation, Energia d/b/a/ Rocket and Space Corporation Energia After S.P. Korolev ("RSC Energia"), on the one hand, and defendants Energia Overseas LLC ("EOLUS") and Energia Logistics Ltd. ("Logistics" and, together with EOLUS, the "US Defendants"), on the other hand, filed their answers and affirmative defenses to the Complaint (Dkt. Nos. 99-100 (the "Answers and Affirmative Defenses")), and RSC Energia asserted counterclaims (the "Counterclaims");

WHEREAS, pursuant to the June 27 Stipulation, the deadline for Plaintiffs to move, answer, or otherwise respond to the Counterclaims is August 23, 2013;

WHEREAS, pursuant to a stipulated extension of time to respond (*see* Dkt. No. 116 (the "July 25 Stipulation")), the deadline for Plaintiffs to file any motion(s) to strike pursuant to Federal Rule of Civil Procedure 12(f) ("Rule 12(f)") relating to the Answers and Affirmative Defenses is likewise August 23, 2013;

WHEREAS, on August 15, 2013, pursuant to L.R. 7-3 of the Local Rules of the United States District Court for the Central District of California ("Local Rules"), counsel for the parties held a telephone conference, lasting approximately one hour, in which counsel for Plaintiffs advised that the Plaintiffs intend to file a Rule 12(f) motion to strike affirmative defenses of RSC Energia and the US Defendants, and counsel for the parties discussed Plaintiffs' purported bases for filing such motion;

WHEREAS, on August 18, 2013, at the request of counsel for RSC Energia and the US Defendants, counsel for Plaintiffs provided to counsel for RSC Energia and the

1   US Defendants a written list of certain authorities Plaintiffs contend support their

2   intended Rule 12(f) motion to strike affirmative defenses of RSC Energia and the US

3   Defendants;

4   WHEREAS, on August 16, 2013, pursuant to L.R. 7-3 of the Local Rules,

5   counsel for Plaintiffs and counsel for RSC Energia held a telephone conference in

6   which counsel for Plaintiffs advised that the Plaintiffs intend to file a motion to

7   dismiss RSC Energia's Counterclaims, and counsel for the parties discussed Plaintiffs'

8   purported bases for filing such motion:

9   WHEREAS, the parties agree that it would be beneficial to further extend by

10   one (1) week the deadline for the Plaintiffs to file (a) their Rule 12(f) motion to strike

11   affirmative defenses asserted by RSC Energia and the US Defendants and (b) their

12   motion to dismiss RSC Energia's Counterclaims, to permit the parties to further

13   consider, discuss, and potentially narrow or eliminate the issues in dispute;

14   THE PARTIES HEREBY STIPULATE AND AGREE, by and through the

15   undersigned counsel, that Plaintiffs shall have through and including August 30, 2013

16   to file any Rule 12(f) motion(s) to strike relating to the Answers and Affirmative

17   Defenses; RSC Energia and the US Defendants shall have thirty-one (31) days,

18   through and including September 30, 2013, to file any oppositions to such motion(s);

19   and Plaintiffs shall have fourteen (14) days, through and including October 14, 2013,

20   to file any replies in support of such motion(s);

21   THE PARTIES HEREBY STIPULATE AND AGREE, by and through the

22   undersigned counsel, that Plaintiffs shall have through and including August 30, 2013

23   to move, answer, or otherwise respond to the Counterclaims; RSC Energia shall have

24   thirty-one (31) days, through and including September 30, 2013, to file any

25   opposition(s) to any motion(s) by Plaintiffs relating to the Counterclaims; Plaintiffs

26   shall have fourteen (14) days, through and including October 14, 2013, to file any

27   replies in support of such motion(s); and, at the time any motion(s) contemplated

28   herein is filed, counsel for the party filing the motion shall seek a motion hearing date

1   of October 28, 2013, or the Court's earliest available hearing date thereafter.

2

3                            Respectfully submitted,

4

5   Dated: August 23, 2013      KIRKLAND & ELLIS LLP

6

7                            By:_____/s/ Sasha K. Danna_____

8                                   Sasha K. Danna

9                            SASHA K. DANNA (SBN 244462)
                             sasha.danna@kirkland.com

10                          KIRKLAND & ELLIS LLP
                           333 South Hope Street

11                          Los Angeles, California  90071
                           Telephone: (213) 680-8400

12                          Facsimile:  (213) 680-8500

13                          MICHAEL B. SLADE (Admitted *Pro Hac Vice*)
                           michael.slade@kirkland.com

14                          CHRISTOPHER ESBROOK (Admitted *Pro Hac Vice*)

15                          christopher.esbrook@kirkland.com
                         KIRKLAND & ELLIS LLP

16                          300 North LaSalle
                         Chicago, Illinois  60654

17                          Telephone:  (312) 862-2000
                         Facsimile:  (312) 862-2200

18                          *Attorneys for Plaintiffs*

19                          THE BOEING COMPANY AND BOEING
                         COMMERCIAL SPACE COMPANY

20

21

22

23

24

25

26

27

28

1    Dated: August 23, 2013          DENTONS US LLP
2                                    SALANS FMC SNR DENTON EUROPE LLP
3
4                                    By: _____
5                                               Steven A. Velkei
6                                    RONALD D. KENT (SBN 100717)
                                     ronald.kent@dentons.com
7                                    STEVEN A. VELKEI (SBN 160561)
                                     steven.velkei@dentons.com
8                                    DENTONS US LLP
                                     601 South Figueroa Street, Suite 2500
9                                    Los Angeles, CA  90017-5704
                                     Telephone:  (213) 623-9300
10                                   Facsimile:  (213) 623-9924
11                                   CLAUDE D. MONTGOMERY (Admitted *Pro Hac Vice*)
                                     claude.montgomery@dentons.com
12                                   LEE P. WHIDDEN (Admitted *Pro Hac Vice*)
                                     lee.whidden@dentons.com
13                                   SALANS FMC SNR DENTON EUROPE LLP
                                     620 Fifth Avenue, 5th Floor
14                                   New York, NY  10020
                                     Telephone:  (212) 632-5500
15                                   Facsimile:  (212) 632-5555
16                                   *Attorneys for Defendants*
                                     ENERGIA OVERSEAS LLC; and ENERGIA
17                                   LOGISTICS, LTD
18
19
20
21
22
23
24
25
26
27
28

                                            4

Dated: August 23, 2013       HUGHES, HUBBARD & REED LLP


By: _____
                Gaurav Reddy

RITA M. HAEUSLER (SBN 110574)
haeusler@hugheshubbard.com
GAURAV REDDY (SBN 259496)
reddy@hugheshubbard.com
HUGHES HUBBARD & REED, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA  90071-3442
Telephone:  (213) 613-2800
Facsimile:  (213) 613-2950

JOHN TOWNSEND (Admitted *Pro Hac Vice*)
townsend@hugheshubbard.com
HUGHES HUBBARD & REED, LLP
1775 I Street, N.W.
Washington, D.C.  20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646

*Attorneys for Defendants*
S.P. KOROLEV ROCKET AND SPACE
CORPORATION ENERGIA D/B/A ROCKET AND
SPACE CORPORATION ENERGIA AFTER S.P.
KOROLEV

5