UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>OLD KVAERNER INVEST AS,<br><br>　　　　Intervenor Plaintiff,<br><br>　　vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>　　　　Defendants. | CASE NO. CV13-00730-ABC (AJWx)<br><br>[Honorable Audrey B. Collins]<br><br>**[PROPOSED] ORDER RE: (1) ONE-WEEK EXTENSION OF TIME TO FILE RULE 12(f) MOTION TO STRIKE AND TO FILE MOTION, ANSWER OR OTHER RESPONSE TO COUNTERCLAIMS; AND (2) BRIEFING SCHEDULE ON SUCH MOTIONS**<br><br>Complaint Filed: February 1, 2013 |

**ORDER**

Based on the Stipulation of the parties filed concurrently herewith and good cause appearing, the Court hereby orders that:

1. The Boeing Company and Boeing Commercial Space Company ("Plaintiffs") shall have through and including August 30, 2013, to file any motion(s) to strike pursuant to Federal Rule of Civil Procedure 12(f) relating to the answers and affirmative defenses (the "Answers and Affirmative Defenses") of S.P. Korolev Rocket and Space Corporation, Energia ("RSC Energia"), Energia Overseas LLC ("EOLUS"), and Energia Logistics Ltd. ("Logistics" and, together with EOLUS, the "US Defendants");

2. RSC Energia and the US Defendants shall have thirty-one (31) days, through and including September 30, 2013, to file any oppositions to any such motion(s) to strike;

3. Plaintiffs shall have fourteen (14) days, through and including October 14, 2013, to file any replies in support of any such motion(s) to strike;

4. Plaintiffs shall have through and including August 30, 2013 to move, answer, or otherwise respond to the Counterclaims asserted by RSC Energia (the "Counterclaims");

5. RSC Energia shall have thirty-one (31) days, through and including September 30, 2013, to file any opposition(s) to any motion(s) by Plaintiffs related to the Counterclaims ;

6. Plaintiffs shall have fourteen (14) days, through and including October 14, 2013, to file any replies in support of any such motion(s) related to the Counterclaims; and

7. At the time any motion(s) contemplated herein is filed, counsel for the

1

1 | party filing the motion shall seek a motion hearing date of October 28,
2 | 2013, or the Court's earliest available hearing date thereafter.
3 |
4 |
5 |
6 | IT IS HEREBY ORDERED.
7 |
8 | Dated: August 27, 2013             */s/ Audrey B. Collins*
9 |                                    Honorable Audrey B. Collins