RITA M. HAEUSLER, State Bar No. 110574
haeusler@hugheshubbard.com
GAURAV REDDY, State Bar No. 259496
reddy@hugheshubbard.com
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California  90071
Telephone:  (213) 613-2800
Facsimile:  (213) 613-2950

JOHN M. TOWNSEND, admitted *pro hac vice*
townsend@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC  20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646

Attorneys for Defendant
S.P. Korolev Rocket and Space Corporation,
Energia d/b/a Rocket and Space Corporation
Energia After S.P. Korolev

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY and BOEING COMMERCIAL SPACE COMPANY, | CASE NO. CV 13-00730-ABC (AJWx) |
| | [Hon.  Audrey B.  Collins] |
| Plaintiffs, | |
| vs. | **STIPULATION SETTING (1) DATE FOR RSC ENERGIA AND US DEFENDANTS TO FILE AMENDED ANSWERS AND COUNTER-CLAIMS AND (2) BRIEFING SCHEDULE FOR MOTIONS RELATING TO SAME AMENDED PLEADINGS** |
| KB YUZHNOYE; PO YUZHNOYE MASHINOSTROITELNY ZAVOD; S.P. KOROLEV ROCKET AND SPACE CORPORATION, ENERGIA D/B/A ROCKET AND SPACE CORPORATION ENERGIA AFTER S.P. KOROLEV; ENERGIA OVERSEAS LLC; and ENERGIA LOGISTICS LTD., | |
| | Complaint Filed:  February 1, 2013 |
| Defendants. | |

62444629_1

1    WHEREAS, on February 1, 2013, plaintiffs The Boeing Company and

2   Boeing Commercial Space Company (collectively, "Plaintiffs") filed the Complaint

3   in this action for (1) Breach of Contract – Creation Agreement; (2) Breach of

4   Contract – Creation Agreement; (3) Breach of Contract – Guarantee Agreement;

5   and (4) Breach of Contract – Guarantee Agreement (the "Complaint");

6    WHEREAS, on July 8, 2013, pursuant to a stipulated extension of time to

7   respond (*see* Dkt. No. 92 (the "June 27 Stipulation")), defendant S.P. Korolev

8   Rocket and Space Corporation, Energia d/b/a/ Rocket and Space Corporation

9   Energia After S.P. Korolev ("RSC Energia"), on the one hand, and defendants

10   Energia Overseas LLC ("EOLUS") and Energia Logistics Ltd. ("Logistics" and,

11   together with EOLUS, the "US Defendants"), on the other hand, filed their answers

12   and affirmative defenses to the Complaint (Dkt. Nos. 99-100 (the "Answers and

13   Affirmative Defenses")), and RSC Energia asserted counterclaims (the

14   "Counterclaims"); and, on July 26, 2013, the US Defendants filed a first amended

15   answer with affirmative defenses (Dkt. No. 117) (together with RSC Energia's

16   answer and affirmative defenses (Dkt. No. 99), the "Answers and Affirmative

17   Defenses");

18    WHEREAS, pursuant to the June 27 Stipulation, the deadline for Plaintiffs to

19   move, answer, or otherwise respond to the Counterclaims was August 23, 2013;

20    WHEREAS, pursuant to a stipulated extension of time to respond (*see* Dkt.

21   No. 116 (the "July 25 Stipulation")), the deadline for Plaintiffs to file any motion(s)

22   to strike pursuant to Federal Rule of Civil Procedure 12(f) ("Rule 12(f)") relating to

23   the Answers and Affirmative Defenses was likewise August 23, 2013;

24    WHEREAS, on August 15, 2013, pursuant to L.R. 7-3 of the Local Rules of

25   the United States District Court for the Central District of California ("Local

26   Rules"), counsel for the parties held a telephone conference, lasting approximately

27   one hour, in which counsel for Plaintiffs advised that the Plaintiffs intend to file a

28   Rule 12(f) motion to strike affirmative defenses of RSC Energia and the US

1    Defendants, and counsel for the parties discussed Plaintiffs' purported bases for

2    filing such motion;

3            WHEREAS, on August 18, 2013, at the request of counsel for RSC Energia

4    and the US Defendants, counsel for Plaintiffs provided to counsel for RSC Energia

5    and the US Defendants a written list of certain authorities Plaintiffs contend support

6    their intended Rule 12(f) motion to strike affirmative defenses of RSC Energia and

7    the US Defendants;

8            WHEREAS, on August 16, 2013, pursuant to L.R. 7-3 of the Local Rules,

9    counsel for Plaintiffs and counsel for RSC Energia held a telephone conference in

10   which counsel for Plaintiffs advised that the Plaintiffs intend to file a motion to

11   dismiss RSC Energia's Counterclaims, and counsel for the parties discussed

12   Plaintiffs' purported bases for filing such motion:

13           WHEREAS, on August 23, 2013, recognizing that it would be beneficial to

14   permit the parties to further consider, discuss, and potentially narrow or eliminate

15   the issues in dispute, the parties stipulated to extend by one (1) week the deadline

16   for the Plaintiffs to file (a) their Rule 12(f) motion to strike affirmative defenses

17   asserted by RSC Energia and the US Defendants and (b) their motion to dismiss

18   RSC Energia's Counterclaims (*see* Dkt. No. 127 (the "August 23 Stipulation"));

19           WHEREAS, on August 28, 2013, pursuant to L.R. 7-3 of the Local Rules,

20   counsel for the parties held a telephone conference, lasting approximately one hour,

21   in which counsel for RSC Energia and counsel for the US Defendants advised that

22   they intend to amend their Answers and Affirmative Defenses, counsel for RSC

23   Energia advised that it intends to amend its Counterclaims, and in which counsel

24   for RSC Energia and for the US Defendants discussed some aspects of their

25   intended amendments to those pleadings;

26           WHEREAS, Plaintiffs, in the interest of narrowing the number of affirmative

27   defenses and scope of counterclaims at issue, do not oppose RSC Energia's and the

28   US Defendants' request to amend their Answers and Affirmative Defenses or RSC

1  Energia's request to amend its Counterclaims—subject to the conditions set forth
2  below—but Plaintiffs expressly reserve all rights with respect to any amendments
3  to such pleadings, including Plaintiffs' argument that amendments other than to
4  withdraw the disputed affirmative defenses and Counterclaims are futile;

5    NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND
6  AGREE, by and through the undersigned counsel, as follows:

7    1.    RSC Energia and the US Defendants shall have through and including
8  September 20, 2013 to amend their Answers, as to both Affirmative Defenses and
9  Counterclaims;

10    2.    RSC Energia shall remove from its Amended Answer and Affirmative
11  Defenses affirmative defense nos. 2 (no actual case or controversy), 5 (no capacity
12  to sue), 18 (no injury to plaintiffs), 19 (RSC Energia's justified conduct), 25
13  (accord and satisfaction) and 29 (incurred and assumed risk) that were contained in
14  RSC Energia's initial Answer and Affirmative Defenses, and the US Defendants
15  shall remove from their Second Amended Answer and Affirmative Defenses
16  affirmative defense nos. 1 (failure to state a claim or entitlement to equitable
17  remedy) and 2 (lack of subject matter jurisdiction) that were contained in the US
18  Defendants' first amended Answer and Affirmative Defenses, provided, however,
19  that doing so shall not constitute a waiver of those defenses more generally, which
20  the U.S. Defendants herein expressly reserve;

21    3.    The amended Counterclaims submitted by RSC Energia on September
22  20, 2013 shall constitute RSC Energia's amendment as a matter of course pursuant
23  to Fed. R. Civ. P. 15(a)(1), and RSC Energia shall not subsequently assert that it
24  has the right to amend the Counterclaims as a matter of course, again;

25    4.    To the extent that RSC Energia contends that amendments to its
26  Answers and Affirmative Defenses are subject to Fed. R. Civ. P. 15(a)(1) and can
27  be made as a matter of course, then the Amended Answers and Affirmative
28  Defenses submitted by RSC Energia on September 20, 2013 shall constitute RSC

1    Energia's amendment as a matter of course, and RSC Energia shall not

2    subsequently assert that it has a right to amend its Answers and Affirmative

3    Defenses as a matter of course, again;

4        5.    The US Defendants, having filed a first amended answer with

5    affirmative defenses (Dkt. No. 117) on July 26, 2013, does not, and shall not, assert

6    that it has a right under Fed. R. Civ. P. 15(a)(1) to amend its Answers and

7    Affirmative Defenses as a matter of course, again;

8        6.    Plaintiffs shall not file any Rule 12(f) motion(s) to strike relating to the

9    Answers and Affirmative Defenses until after RSC Energia and the US Defendants

10   file their Amended Answers and Affirmative Defenses on September 20, 2013;

11       7.    Plaintiffs shall not file any motion to dismiss relating to RSC Energia's

12   Counterclaims until after RSC Energia files its Amended Counterclaims on

13   September 20, 2013; and

14       8.    Once RSC Energia and the US Defendants file their amended

15   pleadings on September 20, 2013:

16       a.    Plaintiffs shall have 21 days, through and including October 11,

17   2013, to file any motion(s) to strike pursuant Rule 12(f) relating to RSC Energia's

18   and the US Defendants' Amended Answers and Affirmative Defenses; RSC

19   Energia and the US Defendants shall have thirty-one (31) days, through and

20   including November 11, 2013, to file any oppositions to such motion(s) to strike;

21   Plaintiffs shall have fourteen (14) days, through and including November 25, 2013,

22   to file any replies in support of such motion(s) to strike;

23       b.    Plaintiffs shall have 21 days, through and including October 11,

24   2013, to move, answer, or otherwise respond to RSC Energia's Amended

25   Counterclaims; RSC Energia shall have thirty-one (31) days, through and including

26   November 11, 2013, to file any opposition(s) to any motion(s) by Plaintiffs relating

27   to the Amended Counterclaims; Plaintiffs shall have fourteen (14) days, through

28

STIPULATION SETTING (1) DATE FOR RSC ENERGIA AND US DEFENDANTS TO FILE AMENDED ANSWERS AND
COUNTER-CLAIMS AND (2) BRIEFING SCHEDULE FOR MOTIONS RELATING TO SAME AMENDED PLEADINGS
80756938\V-1

1  and including November 25, 2013, to file any replies in support of any such

2  motion(s) relating to the Amended Counterclaims; and

3          c.       At the time any motion(s) contemplated herein is filed, counsel

4  for the party filing the motion shall seek a motion hearing date of December 9,

5  2013, or the Court's earliest available hearing date thereafter.

6

7  DATED:  August 3o , 2013          HUGHES HUBBARD & REED LLP

8

9

10                                   By:

11                                          Rita M.  Haeusler

12                                   Attorneys for Defendants
                                     S.P. KOROLEV ROCKET AND SPACE
13                                   CORPORATION ENERGIA, D/B/A ROCKET
                                     AND SPACE CORPORATION ENERGIA
14                                   AFTER S.P. KOROLEV

15

16

17

18

19

20

21

22

23

24

25

26

27

28

62444629_1                          6

| | |
|---|---|
| 1 | |
| 2 | DATED: August 30, 2013       DENTONS US LLP |
| 3 | |
| 4 | By: _____ |
| 5 | Steven A. Velkei |
| 6 | RONALD D. KENT (SBN 100717) |
| 7 | ronald.kent@dentons.com |
| 8 | STEVEN A. VELKEI (SBN 160561) |
| | steven.velkei@dentons.com |
| 9 | DENTONS US LLP |
| 10 | 601 South Figueroa Street, Suite 2500 |
| | Los Angeles, CA  90017-5704 |
| 11 | Telephone:  (213) 623-9300 |
| 12 | Facsimile:  (213) 623-9924 |
| 13 | CLAUDE D. MONTGOMERY |
| 14 |   (Admitted *Pro Hac Vice*) |
| | claude.montgomery@dentons.com |
| 15 | LEE P. WHIDDEN (Admitted *Pro Hac Vice*) |
| 16 | lee.whidden@dentons.com |
| | SALANS FMC SNR DENTON EUROPE LLP |
| 17 | 620 Fifth Avenue, 5th Floor |
| 18 | New York, NY  10020 |
| | Telephone:  (212) 632-5500 |
| 19 | Facsimile:  (212) 632-5555 |
| 20 | Attorneys for Defendants |
| 21 | ENERGIA OVERSEAS LLC and ENERGIA LOGISTICS, LTD |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION SETTING (1) DATE FOR RSC ENERGIA AND US DEFENDANTS TO FILE AMENDED ANSWERS AND
COUNTER-CLAIMS AND (2) BRIEFING SCHEDULE FOR MOTIONS RELATING TO SAME AMENDED PLEADINGS
80756938\V-1

DATED:  August 30, 2013

KIRKLAND & ELLIS LLP

By: _____
Sasha K. Danna

SASHA K. DANNA (SBN 244462)
sasha.danna@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

MICHAEL B. SLADE (Admitted *Pro Hac Vice*)
CHRISTOPHER ESBROOK (Admitted *Pro Hac Vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Attorneys for Plaintiffs THE BOEING COMPANY AND BOEING COMMERCIAL SPACE COMPANY

62444629_1

8

STIPULATION SETTING (1) DATE FOR RSC ENERGIA AND US DEFENDANTS TO FILE AMENDED ANSWERS AND COUNTER-CLAIMS AND (2) BRIEFING SCHEDULE FOR MOTIONS RELATING TO SAME AMENDED PLEADINGS