JAMES W. HUNT, State Bar No. 122582
james.hunt@fitzhunt.com
FITZPATRICK & HUNT, TUCKER,
COLLIER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, California 90071
Telephone: (213) 873-2100
Facsimile: (213) 873-2125

RUDOLPH V. PINO, JR. (*Pro Hac Vice*)
rpino@pinolaw.com
PINO & ASSOCIATES, LLP
50 Main Street
White Plains, New York 10606
Telephone: (914) 946-0600
Facsimile: (914) 946-0650

Attorneys for Defendants
KB Yuzhnoye and PO Yuzhnoye Mashinostroitelny Zavod

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY and BOEING COMMERCIAL SPACE COMPANY,<br><br>          Plaintiffs,<br>and<br>OLD KVAERNER INVEST AS<br>          Intervenor Plaintiff,<br>     vs.<br>KB YUZHNOYE; et al.<br>          Defendants.<br><br>KB YUZHNOYE and PO YUZHNOYE MASHINOSTROITELNY ZAVOD<br>          Counter-Claimants,<br>     vs.<br>THE BOEING COMPANY and BOEING COMMERCIAL SPACE COMPANY,<br>          Counter-Defendants. | Case No.: CV 13-00730 ABC (AJWx)<br>[Assigned to the Hon. Audrey B. Collins]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF YUZHNOYE DEFENDANTS' MOTION TO DISMISS OLD KVAERNER INVEST AS'S FIRST AMENDED INTERVENTION COMPLAINT**<br><br>(Motion and [Proposed] Order Filed Concurrently Herewith)<br><br>Complaint Filed: February 1, 2013<br><br>Hearing: November 18, 2013<br>Time: 10:00 a.m.<br>Courtroom: 680 |

1    PLEASE TAKE NOTICE that Defendants and Counter-Claimants KB Yuzhnoye and PO Yuzhnoye Mashinostroitelny Zavod (the "Yuzhnoye Defendants") hereby request that the Court take judicial notice of the Swedish Arbitration Award (the "Award"), attached hereto as Exhibit A, pursuant to Fed. R. Evid. 201(c), when considering the Yuzhnoye Defendants' concurrently-filed Motion to Dismiss.

    Judicial notice of the Award is proper because it is already part of the record in this case. Most recently it was attached to the Declaration of Torstein Storækre (hereinafter, "Storækre Decl."; Doc. No. 81) in Support of Intervenor Plaintiff Old Kvaerner Invest AS's ("Intervenor Plaintiff") Motion to Intervene (Dkt. No. 79). (*See* Storækre Decl., Ex. A.) Because Intervenor Plaintiff submitted the Award in connection with the Storækre Decl., Intervenor Plaintiff cannot now challenge or otherwise contest the accuracy or authenticity of the Award. *See* Fed. R. Evid. 201(b) ("The court may judicially notice a fact that is not subject to reasonable dispute ….").

    Furthermore, judicial notice of Exhibit A -- *i.e.*, the Award -- is proper because courts may take judicial notice of records and documents from a proceeding in another tribunal, including arbitral tribunals. *See United States v. Howard*, 381 F.3d 873, 876, n. 1 (9th Cir. 2004) (taking judicial notice of records in another case); *Biggs v. Terhune*, 334 F.3d 910, 916, n. 3 (9th Cir. 2003); *Gelfand v. N. Am. Capacity Ins. Co.*, No. C-12-4819 EMC, 2013 WL 3369266 at *1, n. 1 (N.D. Cal. July 5, 2013) ("Reata has moved the Court to take judicial notice of … the Arbitration Award. The Court grants the Reata's request as to this document …. [C]ourts may consider judicial notice of such matters ….") (internal citations omitted); *Gressett v. Contra Costa County*, No. C-12-3798 EMC, 2013 WL 2156278 at *14, n. 3 (N.D. Cal. May 17, 2013) ("Plaintiff cites the request for judicial notice he filed during the second round of motions to

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF YUZHNOYE'S DEFENDANTS' MOTION TO DISMISS
OLD KVAERNER INVEST AS'S FIRST AMENDED INTERVENTION COMPLAINT

dismiss …. The Court takes judicial notice of the arbitration award attached thereto ….").

| Exhibit | Description |
|---------|-------------|
| A | October 11, 2010, Arbitral Award, *UNCITRAL Arbitration The Boeing Company et al. v. S.P. Korolev Rocket and Space Corporation Energia et al.; Kvaerner AS v. S.P. Korolev Rocket and Space Corporation Energia et al.* (the "Award") |

DATED:  September 5, 2013         RUDOLPH V. PINO, JR.
                                  PINO & ASSOCIATES, LLP

                                  By:   /s/ Rudolph V. Pino, Jr.
                                          Rudolph V. Pino, Jr.
                                      Attorneys for Defendants, KB Yuzhnoye
                                      and PO Yuzhnoye Mashinostroitelny Zavod