Sasha K. Danna (SBN 244462)
sasha.danna@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Michael B. Slade *(Admitted Pro Hac Vice)*
michael.slade@kirkland.com
Christopher Esbrook *(Admitted Pro Hac Vice)*
christopher.esbrook@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Attorneys for Plaintiffs*
THE BOEING COMPANY and BOEING
COMMERCIAL SPACE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>OLD KVAERNER INVEST AS,<br><br>        Intervenor Plaintiff,<br><br>    vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>        Defendants. | CASE NO. CV 13-00730-ABC (AJWx)<br><br>[Hon.  Audrey B. Collins]<br><br>**STIPULATION SETTING (1) DATE FOR YUZHNOYE DEFENDANTS TO FILE AMENDED ANSWER AND COUNTERCLAIMS AND (2) BRIEFING SCHEDULE FOR MOTIONS RELATING TO SAME AMENDED PLEADINGS**<br><br>Complaint Filed:  February 1, 2013 |

WHEREAS, on February 1, 2013, plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively, "Plaintiffs") filed the Complaint in this action for (1) Breach of Contract – Creation Agreement; (2) Breach of Contract – Creation Agreement; (3) Breach of Contract – Guarantee Agreement; and (4) Breach of Contract – Guarantee Agreement (the "Complaint");

WHEREAS, on September 3, 2013, pursuant to a stipulated extension of time to respond (*see* Dkt. No. 123 (the "August 14 Stipulation")), defendants KB Yuzhnoye and PO Yuzhnoye Mashinostroitelny Zavod (the "Yuzhnoye Defendants") filed their answer and affirmative defenses to the Complaint (Dkt. No. 138 (the "Answer and Affirmative Defenses")), as well as counterclaims against Plaintiffs (the "Counterclaims"); and the Answer and Affirmative Defenses and Counterclaims were served on Plaintiffs on September 4, 2013;

WHEREAS, pursuant to Rules 12(f)(2) and 12(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs currently have until September 25, 2013 to file any motion(s) to strike pursuant to Federal Rule of Civil Procedure 12(f) ("Rule 12(f)") relating to the Answer and Affirmative Defenses and to move, answer, or otherwise respond to the Counterclaims;

WHEREAS, on September 12, 2013, pursuant to L.R. 7-3 of the Local Rules of the United States District Court for the Central District of California ("L.R. 7-3"), counsel for the parties held a telephone conference ("September 12 Conference of Counsel"), lasting approximately forty (40) minutes, in which counsel for Plaintiffs advised that the Plaintiffs intend to file a Rule 12(f) motion to strike certain affirmative defenses of the Yuzhnoye Defendants, and counsel for the parties discussed Plaintiffs' purported bases for filing such motion;

WHEREAS, during the September 12 Conference of Counsel, pursuant to L.R. 7-3, counsel for Plaintiffs further advised that the Plaintiffs intend to file a motion to dismiss the Yuzhnoye Defendants' Counterclaims, and counsel for the parties discussed Plaintiffs' purported bases for filing such motion;

WHEREAS, on September 13, 2013, at the request of counsel for the Yuzhnoye Defendants, counsel for Plaintiffs provided to counsel for the Yuzhnoye Defendants a written list of certain authorities Plaintiffs contend support their intended Rule 12(f) motion to strike certain affirmative defenses of the Yuzhnoye Defendants;

WHEREAS, during the September 12 Conference of Counsel, counsel for the Yuzhnoye Defendants advised that they intend to amend their Answer and Affirmative Defenses and their Counterclaims, and discussed some aspects of the Yuzhnoye Defendants' intended amendments to their Affirmative Defenses; and

WHEREAS, Plaintiffs, in the interest of narrowing the number of affirmative defenses and scope of counterclaims at issue, do not oppose the Yuzhnoye Defendants' request to amend their Answer and Affirmative Defenses or their Counterclaims—subject to the conditions set forth below—but Plaintiffs expressly reserve all rights with respect to any amendments to such pleadings, including Plaintiffs' argument that amendments other than to withdraw the disputed affirmative defenses and Counterclaims are futile.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through the undersigned counsel, as follows:

1.     Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), the Yuzhnoye Defendants shall have through and including September 25, 2013 to amend their Answer and Affirmative Defenses and their Counterclaims;

2.     The Yuzhnoye Defendants shall remove from their Amended Answer and Affirmative Defenses affirmative defense nos. 2 (no actual case or controversy), 5 (no capacity to sue), 18 (no injury to plaintiffs), 19 (Yuzhnoye Defendants' justified conduct), and 28 (incurred and assumed risk) that were contained in the Yuzhnoye Defendants' initial Answer and Affirmative Defenses;

3.     The Amended Answer and Affirmative Defenses and the Amended Counterclaims submitted by the Yuzhnoye Defendants by September 25, 2013 shall

3

constitute the Yuzhnoye Defendants' one amendment as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1), and the Yuzhnoye Defendants shall not subsequently assert that they have the right to amend their Answer and Affirmative Defenses or their Counterclaims as a matter of course, again;

4.    Plaintiffs shall not file any Rule 12(f) motion(s) to strike relating to the Answer and Affirmative Defenses, or any motion(s) to dismiss relating to the Yuzhnoye Defendants' Counterclaims, until after the Yuzhnoye Defendants file their Amended Answer and Affirmative Defenses and their Amended Counterclaims by September 25, 2013;

5.    Once the Yuzhnoye Defendants file their amended pleadings by September 25, 2013:

a.    Plaintiffs shall have 21 days, through and including October 16, 2013, to file any motion(s) to strike pursuant Rule 12(f) relating to the Yuzhnoye Defendants' Amended Answer and Affirmative Defenses; the Yuzhnoye Defendants shall have 30 days, through and including November 15, 2013, to file any oppositions to such motion(s) to strike; and Plaintiffs shall have 21 days, through and including December 6, 2013, to file any replies in support of such motion(s) to strike;

b.    Plaintiffs shall have 21 days, through and including October 16, 2013, to move, answer, or otherwise respond to the Yuzhnoye Defendants' Amended Counterclaims; the Yuzhnoye Defendants shall have 30 days, through and including November 15, 2013, to file any opposition(s) to any motion(s) by Plaintiffs relating to the Amended Counterclaims; and Plaintiffs shall have 21 days, through and including December 6, 2013, to file any replies in support of any such motion(s) relating to the Amended Counterclaims; and

c.    At the time any motion(s) contemplated herein is filed, counsel for the party filing the motion shall seek a motion hearing date of December 23, 2013, or the Court's earliest available hearing date thereafter.

Dated: September 20, 2013

KIRKLAND & ELLIS LLP
SASHA K. DANNA
MICHAEL B. SLADE
CHRISTOPHER ESBROOK

By _____
Sasha K. Danna

*Attorneys for Plaintiffs*
THE BOEING COMPANY AND
BOEING COMMERCIAL SPACE
COMPANY

Dated: September 20, 2013

PINO & ASSOCIATES, LLP
RUDOLPH V. PINO, JR.

By _____
Rudolph V, Pino, Jr.

*Attorneys for Defendants*
KB YUZHNOYE AND PO YUZHNOYE
MASHINOSTROITELNY ZAVOD

5

STIPULATION SETTING (1) DATE FOR YUZHNOYE DEFENDANTS TO FILE AMENDED ANSWER AND
COUNTERCLAIMS AND (2) BRIEFING SCHEDULE FOR MOTIONS RELATING TO SAME AMENDED PLEADINGS