1  Gregory M. Bordo (Cal. Bar No. 156147)
2  gbordo@BlankRome.com
   Christopher J. Petersen (Cal. Bar No. 251439)
3  cpetersen@blankrome.com
4  BLANK ROME LLP
   1925 Century Park East
5  Suite 1900
6  Los Angeles, CA 90067
   Telephone: (424) 239-3400
7  Facsimile: (424) 239-3434
8
9  W. Cameron Beard (admitted *pro hac vice*)
   cbeard@BlankRome.com
10 Michael P. Smith (admitted *pro hac vice*)
11 msmith@BlankRome.com
   BLANK ROME LLP
12 405 Lexington Avenue
13 New York, NY 10174
   Telephone: (212) 885-5000
14 Facsimile: (212) 862-5001
15 *Attorneys for Intervenor Plaintiff*
   *Old Kvaerner Invest AS*
16

17
18            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
19
20  THE BOEING COMPANY and            ) CIVIL CASE NO. CV13-00730
    BOEING COMMERCIAL SPACE           )
21  COMPANY,                          )
                                      )
22              Plaintiffs,           ) **STIPULATION SETTING**
                                      ) **BRIEFING SCHEDULE FOR**
23  and                               ) **INTERVENOR PLAINTIFF OLD**
                                      ) **KVAERNER INVEST AS'S**
24  OLD KVAERNER INVEST AS            ) **MOTION TO STRIKE THE**
                                      ) **AFFIRMATIVE DEFENSES AND**
25              Intervenor Plaintiff, ) **TO DISMISS THE**
                                      ) **COUNTERCLAIM OF ENERGIA**
26       vs.                          ) **OVERSEAS LLC AND ENERGIA**
                                      ) **LOGISTICS LTD.**
27  KB YUZHNOYE; PO YUZHNOYE          )
    MASHINOSTROITELNY ZAVOD;          ) Complaint Filed: February 1, 2013
28  S.P. KOROLEV ROCKET AND SPACE     )

136669.00601/7287264v.1

---

STIPULATION SETTING BRIEFING SCHEDULE FOR INTERVENOR PLAINTIFF OLD KVAERNER INVEST AS'S MOTION TO STRIKE THE AFFIRMATIVE DEFENSES AND TO DISMISS THE COUNTERCLAIM OF ENERGIA OVERSEAS LLC AND ENERGIA LOGISTICS LTD.

136669.00601/7287664V.1

|  |  |
|---|---|
| CORPORATION, ENERGIA D/B/A ROCKET AND SPACE CORPORATION ENERGIA AFTER S.P. KOROLEV; ENERGIA OVERSEAS LLC; and ENERGIA LOGISTICS LTD.,<br><br>Defendants. | Hearing: December 9, 2013<br>Time: 10:00 a.m.<br>Courtroom 680<br>Hon. Audrey B. Collins |

WHEREAS, on July 8, 2013, Intervenor Plaintiff Old Kvaerner Invest AS ("Old Kvaerner") filed a First Amended Intervenor Complaint in this action; and

WHEREAS , on September 5, 2013, defendants Energia Overseas LLC ("EOLUS") and Energia Logistics Ltd. ("Logistics" and, together with EOLUS, the "U.S. Defendants"), filed their answer and affirmative defenses to the First Amended Intervenor Complaint, together with a Counterclaim (Dkt. No. 141 (the "Answer, Affirmative Defenses and Counterclaim"));

WHEREAS, the deadline for Old Kvaerner to file any motion to strike affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f) ("Rule 12(f)") or to move to dismiss the Counterclaim pursuant to Federal Rule of Civil Procedure 12(b) is September 26, 2013, 2013;

WHEREAS, on September 19, 2013, pursuant to L.R. 7-3 of the Local Rules of the United States District Court for the Central District of California ("Local Rules"), counsel for the parties held a telephone conference in which counsel for Old Kvaerner advised that Old Kvaerner intended to motion(s) directed toward the U.S. Defendants' pleading and discussed Old Kvaerner's purported bases for filing such motion(s); and

WHEREAS, Old Kvaerner has requested an additional three weeks in which to file any motion(s) to strike or dismiss.

136669.00601/7287264v.1
80966224\V-1
136669.00601/7287664v.1

1

STIPULATION SETTING

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through the undersigned counsel, as follows:

1. Old Kvaerner shall have through and including October 18, 2013, to move, pursuant to Rule 12(f) and 12(b), to strike affirmative defenses and to dismiss the Counterclaim asserted by Energia Overseas LLC ("ELOS") and Energia Logistics Ltd. ("Logistics," and together with ELOS, "U.S. Defendants");

2. The U.S. Defendants shall have through and including November 18, 2013 to file any opposition to Old Kvaerner's motion(s) to strike and to dismiss;

3. Old Kvaerner shall have through and including November 25, 2013 to file its reply on the motion(s); and

4. At the time any motion(s) contemplated herein is filed, counsel for the Old Kvaerner shall seek a motion hearing date of December 9, 2013, or the Court's earliest available hearing date thereafter.

5. Such briefing schedule shall apply also if the U.S. Defendants file an amended answer and counterclaim under Fed.R.Civ.Proc. Rule 15(a) on or before September 26, 2013.

1 | DATED: September 24, 2013   DENTONS US LLP
2
3
4 | By: _Steven A. Velkei_ /mf
   | Steven A. Velkei
5
   | RONALD D. KENT (SBN 100717)
   | ronald.kent@dentons.com
6  | STEVEN A. VELKEI (SBN 160561)
   | steven.velkei@dentons.com
7  | DENTONS US LLP
   | 601 South Figueroa Street, Suite 2500
8  | Los Angeles, CA 90017-5704
   | Telephone: (213) 623-9300
9  | Facsimile: (213) 623-9924

10 | CLAUDE D. MONTGOMERY
   | (Admitted *Pro Hac Vice*)
11 | claude.montgomery@dentons.com
   | LEE P. WHIDDEN (Admitted *Pro Hac Vice*)
12 | lee.whidden@dentons.com
   | SALANS FMC SNR DENTON EUROPE LLP
13 | 620 Fifth Avenue, 5th Floor
   | New York, NY 10020
14 | Telephone: (212)632-5500
   | Facsimile: (212) 632-5555
15
   | *Attorneys for Defendants*
16 | *ENERGIA OVERSEAS LLC and ENERGIA LOGISTICS, LTD*
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: September 24, 2013 | BLANK ROME LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Gregory M. Bordo (Cal. Bar No. 156147) |
| | | gbordo@BlankRome.com |
| 5 | | Christopher J. Petersen (Cal. Bar No. 251439) |
| | | cpetersen@blankrome.com |
| 6 | | BLANK ROME LLP |
| | | 1925 Century Park East |
| 7 | | Suite 1900 |
| | | Los Angeles, CA 90067 |
| 8 | | Telephone: (424) 239-3400 |
| | | Facsimile: (424) 239-3434 |
| 9 | | |
| 10 | | W. Cameron Beard (admitted *pro hac vice*) |
| | | cbeard@BlankRome.com |
| 11 | | Michael P. Smith (admitted *pro hac vice*) |
| | | msmith@BlankRome.com |
| 12 | | BLANK ROME LLP |
| | | 405 Lexington Avenue |
| 13 | | New York, NY 10174 |
| | | Telephone: (212) 885-5000 |
| 14 | | Facsimile: (212) 862-5001 |
| 15 | | |
| 16 | | *Attorneys for Intervenor Plaintiff* OLD KVAERNER INVEST AS |

136669.00601/7287264v.1
80966224\V-1
136669.00601/7287664v.1

4

STIPULATION SETTING