1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| THE BOEING COMPANY, *et al.*, | ) CASE NO. CV13-00730-ABC (AJWx) |
| | ) |
| Plaintiffs, | ) [Assigned to the Hon. Audrey B. Collins] |
| | ) |
| OLD KVAERNER INVEST AS, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **THE BOEING COMPANY AND** |
| Intervenor Plaintiff, | ) **BOEING COMMERCIAL SPACE** |
| | ) **COMPANY'S MOTION TO DISMISS** |
| vs. | ) **DEFENDANT ENERGIA'S AMENDED** |
| | ) **COUNTERCLAIMS PURSUANT TO** |
| KB YUZHNOYE, *et al.*, | ) **FED. R. CIV. P 12(b)(6)** |
| | ) |
| Defendants. | ) |
| | ) Complaint Filed:  February 1, 2013 |
| | ) |
| | ) Date:       December 9, 2013 (Dkt. 135) |
| | ) Time:       10:00 a.m. |
| | ) Place:      Courtroom 680 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively, "Plaintiffs") filed a Motion to Dismiss Defendant S.P. Korolev Rocket and Space Corporation, Energia ("Energia") Amended Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6).  A hearing on the motion was held in the above-captioned court on December 9, 2013, at which counsel for Plaintiffs and Energia appeared.  Having carefully considering the papers submitted in support of and in opposition to the motion, as well as the arguments of counsel at the hearing,

**IT IS HEREBY ORDERED THAT**:

1.      Plaintiffs' Motion to Dismiss is **GRANTED**;

2.      The counterclaims asserted by Energia against Plaintiffs, including Energia's Count I (for breach of fiduciary duty), Count II (for fraud and intentional deceit), Count III (for an accounting), and Count IV (request for enforcement of arbitral award) are each **DISMISSED** without leave to amend.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
The Honorable Audrey B. Collins
United States District Court Judge
Central District of California