Sasha K. Danna (SBN 244462)
sasha.danna@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Michael B. Slade *(Admitted Pro Hac Vice)*
michael.slade@kirkland.com
Christopher Esbrook (*Admitted Pro Hac Vice*)
christopher.esbrook@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE BOEING COMPANY, *et al.*,

Plaintiffs,

vs.

KB YUZHNOYE, *et al.*,

Defendants.

CASE NO. CV13-00730-ABC (AJWx)

**PLAINTIFFS THE BOEING COMPANY AND BOEING COMMERCIAL SPACE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE BOEING COMPANY AND BOEING COMMERCIAL SPACE COMPANY'S MOTION TO DISMISS ENERGIA'S AMENDED COUNTERCLAIMS**

Hearing: December 9, 2013
Time: 10:00 am
Courtroom: 680

Pursuant to Federal Rule of Evidence 201 and case law interpreting that rule, Plaintiffs The Boeing Company and Boeing Commercial Space Company ("Plaintiffs"), by their attorneys of record, hereby respectfully request that the Court take judicial notice of the documents described herein in connection with its consideration of Plaintiffs' Motion to Dismiss Energia's Amended Counterclaims pursuant to Fed. R. Civ. P. 12(b)(6), filed with this Court on October 11, 2013 and noticed for hearing on December 9, 2013, at 10:00 a.m.

The Court may take judicial notice of other court proceedings bearing on the matters before the Court. *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *No Cost Conference, Inc. v. Windstream Comms, Inc.*, 2013 WL 1629061, at *6 (S.D. Cal. April 16, 2013) (taking judicial notice of order entered in U.S. District Court for the Western District of New York because the "document is part of the court record in a related action"). In addition, under the incorporation by reference doctrine, this Court may also take judicial notice of documents which form the basis of a party's claims, regardless of whether the documents were attached to the original pleadings. *Ecological Rights Found. v. Pacific Gas & Elec. Co.*, 713 F.3d 502, 511 (9th Cir. 2013) ("Under the 'incorporation by reference' doctrine, 'even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.'"); *In re Silicon Graphics Inc. Securities Litig*, 183 F.3d 970, 986 (9th Cir. 1999) (describing the doctrine to "permit[] a district court to consider documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading").

Plaintiffs respectfully request that this Court take judicial notice of two categories of documents: (1) certain pleadings and orders entered in the Sea Launch bankruptcy (*In re Sea Launch Company, L.L.C.*, Bankr. D. Del. No. 09-12153 (BLS)); and (2) certain agreements referenced by Energia in its Amended Answer and Counterclaims as governing the relationships among the parties in the Sea Launch

venture.

Certain documents from the Sea Launch bankruptcy are the proper subject of judicial notice because they are part of a court record "in a related action." *No Cost Conference*, 2013 WL 1629061, at *6. These documents include:

- **EXHIBIT A**: Debtors' Motion for an Order Approving the Settlement and Compromise of Certain Claims between (i) the Debtors, (ii) the Official Committee of Unsecured Creditors, (iii) the Members of the Official Committee of Unsecured Creditors, (iv) The Boeing Company, (v) Boeing Commercial Space Company, (vi) Aker Maritime Finance AS, (vii) Kvaerner US Sea Launch Inc., (vii) Kvaerner Sea Launch Ltd, and (ix) Kvaerner AS (*In re Sea Launch Company, L.L.C.*, Bankr. D. Del. No. 09-12153 (BLS), Dkt. No. 894); and
- **EXHIBIT B**: Order Approving the Settlement and Compromise of Certain Claims between (i) the Debtors, (ii) the Official Committee of Unsecured Creditors, (iii) the Members of the Official Committee of Unsecured Creditors, (iv) The Boeing Company, (v) Boeing Commercial Space Company, (vi) Aker Maritime Finance AS, (vii) Kvaerner US Sea Launch Inc., (vii) Kvaerner Sea Launch Ltd, and (ix) Kvaerner AS (*In re Sea Launch Company, L.L.C.*, Bankr. D. Del. No. 09-12153 (BLS), Dkt. No. 915).

In addition, Energia references other documents from the Sea Launch bankruptcy proceeding which Energia alleges support its counterclaims and purported defenses. Specifically, Energia references the terms of a Settlement Agreement entered into by Sea Launch and Plaintiffs (among other parties) during the bankruptcy proceeding. *See* Dkt. No. 143 (Energia's Amended Answer) at ¶ 105 (discussing releases of Sea Launch claims), ¶ 182 (noting date Settlement was approved by Bankruptcy Court and describing terms), ¶ 195 (discussing terms of Settlement), ¶ 197 (same), ¶ 200 (same). Energia also refers to the Second Amended Joint Plan of

Reorganization, filed in the Sea Launch bankruptcy. *See* Dkt. No. 143 (Energia's Amended Counterclaims) at ¶¶ 47-56. Energia refers to these documents and purports to base its claims, in part, on these documents. Moreover, there is no dispute over the existence or the authenticity of the documents. Each of the documents is thus judicially noticeable by the Court. *Lee v. City of Los Angeles*, 250 F.3d 668, 668-89 (9th Cir. 2001) (F.R.E. 201 permits judicial notice of undisputed facts in public records); *see Ecological Rights Found.*, 713 F.3d at 511. Accordingly, Plaintiffs request judicial notice of each of the documents, as follows:

- **EXHIBIT C**: Sea Launch Bankruptcy Global Settlement Agreement and Release (*see also* Ex. B *supra* (granting approval of same settlement agreement));
- **EXHIBIT D**: Debtors' Second Amended Joint Plan of Reorganization, *In re Sea Launch Company, L.L.C.*, Bankr. D. Del. No. 09-12153 (BLS), Dkt. No. 795).

DATED: October 11, 2013

Respectfully submitted,

/s/ Sasha K. Danna
Sasha K. Danna
Michael B. Slade *(Pro Hac Vice)*
Christopher Esbrook *(Pro Hac Vice)*

*Attorneys for Plaintiffs*
THE BOEING COMPANY and BOEING COMMERCIAL SPACE COMPANY