# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEA LAUNCH COMPANY, L.L.C., *et al.*,[1] | ) | Case No. 09-12153 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Ref. Docket No. 894 |

**ORDER APPROVING THE SETTLEMENT AND COMPROMISE OF
CERTAIN CLAIMS BETWEEN (i) THE DEBTORS (ii) THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, (iii) THE MEMBERS OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, (iv) THE BOEING
COMPANY, (v) BOEING COMMERCIAL SPACE COMPANY, (vi) AKER
MARITIME FINANCE AS, (vii) KVAERNER US SEA LAUNCH INC,
(viii) KVAERNER SEA LAUNCH LTD, AND (ix) KVAERNER AS**

Upon consideration of the Motion of Sea Launch Company, LLC ("**Sea Launch Company**") and its affiliates, Sea Launch Limited Partnership, a Cayman Islands partnership ("**Sea Launch LP**"); Sea Launch ACS Limited, and Isle of Man company ("**Sea Launch ACS**"); Sea Launch ACS Limited Partnership, an Isle of Man company ("**Sea Launch ACS LP**"); Platform LDC, a Cayman Islands company ("**Platform LDC**"); and Platform Limited Partnership, a Cayman Islands limited partnership ("**Platform LP**" and collectively, with Sea Launch Company, Sea Launch LP, Sea Launch ACS, Sea Launch ACS LP, and Platform LDC, the "**Debtors**") for an Order Approving the Settlement and Compromise of Certain Claims Between (i) the Debtors, (ii) the Official Committee of Unsecured Creditors (the "**Committee**") (iii) each member of the Committee, (iv) The Boeing Company, (v) Boeing Commercial Space Company, (vi) Aker Maritime Finance AS, (vii) Kvaerner US Sea Launch, Inc., (viii) Kvaerner

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Sea Launch Company, L.L.C. (1590); (ii) Sea Launch Limited Partnership (Cayman) (8182); (iii) Sea Launch ACS Limited (5999); (iv) Sea Launch ACS Limited Partnership (Isle of Man) (6216); (v) Platform LDC (3177); and (vi) Platform Limited Partnership (3173). The mailing address for all of the Debtors is 2700 Nimitz Road, Long Beach, CA 90802.

Sea Launch Ltd., and (ix) Kvaerner AS (the "**Motion**"),[2] the Exhibits thereto, the authorities set forth and arguments made in the Motion; and the Court being satisfied that approval of the Settlement is in the best interests of the Debtors, their estates, and their creditors and is a proper exercise of the Debtors' business judgment; and the Court being satisfied that approval of the Settlement is appropriate under the circumstances; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and good cause appearing therefrom:

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. The Settlement between the (i) the Debtors, (ii) the Official Committee of Unsecured Creditors (the "**Committee**") (iii) each member of the Committee, (iv) The Boeing Company, (v) Boeing Commercial Space Company, (vi) Aker Maritime Finance AS, (vii) Kvaerner US Sea Launch, Inc., (viii) Kvaerner Sea Launch Ltd., and (ix) Kvaerner AS, as set forth in the Settlement attached to the Motion as Exhibit B, is hereby approved.

3. This Order shall be immediately effective and enforceable upon its entry.

---

[2] All terms not otherwise defined herein shall be given the meaning ascribed to them in the Motion.

4.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       July 2̶1̶, 2010

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE