1  Sasha K. Danna (SBN 244462)
   sasha.danna@kirkland.com
2  KIRKLAND & ELLIS LLP
3  333 South Hope Street
   Los Angeles, California  90071
4  Telephone:  (213) 680-8400
5  Facsimile:  (213) 680-8500

6  Michael B. Slade *(Admitted Pro Hac Vice)*
7  michael.slade@kirkland.com
   Christopher Esbrook (*Admitted Pro Hac Vice*)
8  christopher.esbrook@kirkland.com
9  KIRKLAND & ELLIS LLP
   300 North LaSalle
10 Chicago, Illinois  60654
11 Telephone: (312) 862-2000
   Facsimile: (312) 862-2200
12

13 *Attorneys for Plaintiffs*
   THE BOEING COMPANY and
14 BOEING COMMERCIAL SPACE COMPANY

15

16             UNITED STATES DISTRICT COURT

17        FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19 THE BOEING COMPANY, *et al*.,        ) CASE NO. CV13-00730-ABC (AJWx)
                                        )
20             Plaintiffs,              ) [Assigned to the Hon. Audrey B. Collins]
                                        )
21    vs.                               )
                                        ) **DECLARATION OF SASHA DANNA**
22 KB YUZHNOYE, *et al*.,               ) **IN SUPPORT OF THE BOEING**
                                        ) **COMPANY AND BOEING**
23             Defendants.             ) **COMMERCIAL SPACE**
                                        ) **COMPANY'S MOTION TO DISMISS**
24                                      ) **ENERGIA'S AMENDED**
                                        ) **COUNTERCLAIMS**
25                                      )
26                                      )
                                        ) Hearing:  December 9, 2013
27                                      ) Time:  10:00 a.m.
                                        ) Courtroom:  680
28 _____

1    I, Sasha Danna, declare as follows:

2    1.    I am a partner at the law firm of Kirkland & Ellis LLP, and counsel of

3  record for Plaintiffs The Boeing Company and Boeing Commercial Space Company

4  (collectively, the "Plaintiffs") in this action.  I make this declaration based on my

5  personal knowledge and, if called as a witness, I could and would testify to the

6  following.

7    2.    Consistent with Local Rule 7-3, I conferred with counsel for S.P. Korolev

8  Rocket & Space Corporation, Energia ("Energia") regarding the bases for Plaintiffs'

9  motion to dismiss Energia's counterclaims via telephone on August 16, 23, and 28,

10  2013, and in writing via email on October 4, 2013.  Both during the telephonic

11  conferences, and in my written email correspondence, I informed counsel for Energia

12  that one of the bases for Plaintiffs' motion to dismiss is that Energia's counterclaims

13  are time-barred regardless of what law applies, including Swedish law.  A true and

14  correct copy of my October 4 email correspondence is attached hereto as Exhibit 1.

15    3.    Kirkland & Ellis hired Geotext Translations, Inc. ("Geotext") to provide

16  certified translations of certain Swedish laws relevant to Plaintiffs' motion to dismiss.

17  Specifically, Geotext provided certified translation of two sets of Swedish laws

18  entitled:  "The Act on Partnerships and Non-registered Partnerships" and the "Statute

19  of Limitations."  True and correct copies of the "The Act on Partnerships and Non-

20  registered Partnerships" and the "Statute of Limitations" are attached hereto as Exhibit

21  2 and Exhibit 3, respectively.  The Declaration of Fredrik Forssman filed concurrently

22  herewith includes citations to each of the certified translations contained in Exhibit 2

23  and Exhibit 3.

24    I declare under penalty of perjury that the foregoing is true and correct.

25    Executed on this 11th day of October, 2013, in Los Angeles, California.

26

27                                   /s/ Sasha K. Danna
                                     Sasha K. Danna

28

1