# EXHIBIT 1

| | |
|---|---|
| **From:** | Danna, Sasha K. |
| **To:** | "Haeusler, Rita"; "Reddy, Gaurav" |
| **Cc:** | Slade, Michael B.; Garthwaite, Leslie S. |
| **Subject:** | Boeing, et al. v. Yuzhnoye, et al. - Conference of Counsel Pusuant to L.R. 7-3 re Motion to Dismiss Counterclaims |
| **Date:** | Friday, October 04, 2013 6:19:00 PM |

Rita and Gaurav,

In addition to our meet and confer discussions on August 16, 23, and 28, the following shall constitute a conference of counsel pursuant to Local Rule 7-3 regarding the bases for Boeing and BCSC's intended motion to dismiss Energia's Counterclaims.  Despite Energia's amendments to its Counterclaims filed on September 20, 2013, the Counterclaims remain defective and subject to being dismissed for numerous reasons.  In particular, absent an agreement by Energia to withdraw the Counterclaims, Boeing and BCSC intend to file a motion to dismiss each of them on the following grounds:

Count I of Energia's Counterclaims purports to allege a claim for Breach of Fiduciary Duty against BCSC.  This Count fails for at least four reasons.  *First*, the Count is time-barred regardless of what jurisdiction supplies the applicable law (California, Delaware or Sweden).  *Second*, the Count is also barred because it relates to or arises out of the Creation Agreement, and thus must be asserted by Energia (if at all) in accordance with the Creation Agreement's mandatory arbitration provisions.  *Third*, the Count is insufficiently pled because Energia does not, and cannot, allege the essential elements of causation and damages.  *Fourth*, the Count is a derivative claim that belonged to Sea Launch (if to anyone), and was explicitly released in a settlement agreement in the Sea Launch bankruptcy proceedings.

Count II of Energia's Counterclaims purports to allege a claim for Fraud against BCSC and Boeing.  This Count fails because it is time-barred regardless of what jurisdiction supplies the applicable law (California, Delaware or Sweden).  In addition, as against Boeing, this Count fails because Boeing does not owe any duties to Energia on account of its parent-subsidiary relationship with BCSC or any other conduct alleged.  Furthermore, as against BCSC, this Count must be dismissed for at least two reasons.  *First*, the Count relates to or arises out of the Creation Agreement, and thus must be asserted by Energia (if at all) in accordance with the Creation Agreement's mandatory arbitration provisions.  *Second*, the Count is insufficiently pled because Energia does not, and cannot, allege the essential elements of actual reliance or damages.

Count III of Energia's Counterclaims purports to seek an accounting against Boeing and BCSC.  This Count should be dismissed because it is not a claim at all; rather, it is a remedy.  Moreover, Energia's allegations themselves show that Sea Launch -- not Boeing or BCSC -- is the party (if any) against which Energia's accounting claim should be directed, and Energia itself controls Sea Launch.  As against Boeing, this Count also fails because Boeing does not owe any duties to Energia on account of its parent-subsidiary relationship with BCSC or any other conduct alleged.  As against BCSC, the Count is barred because it relates to or arises out of the Creation Agreement, and thus must be asserted by Energia (if at all) in accordance with the Creation Agreement's mandatory arbitration provisions.

Count IV of Energia's Counterclaims purports to seek costs from BCSC awarded in the Swedish arbitration.  This Count fails because there has been no final decision awarding any costs in Energia's favor.  On the contrary, the Swedish arbitration is part of legal proceedings in Sweden which are still in progress.  Indeed, Energia expressly admitted in its briefing on its motion to dismiss or stay, that the Swedish proceedings are still "ongoing."

The foregoing description of the bases for Boeing and BCSC's motion to dismiss are in addition to descriptions that I provided in our multiple meet and confer discussions in August.  If you are aware of any authorities not referenced in Energia's Amended Answer and Counterclaims that you believe support the Counterclaims, we invite you to provide those for our consideration.

Should you wish to further discuss any of the matters addressed above, please feel free to contact me.


Best regards,

Sasha

**Sasha K. Danna | Kirkland & Ellis LLP**
333 S. Hope St., Suite 2900 | Los Angeles, CA 90071
(213) 680-8484 **DIRECT** | (213) 808-8091 **DIRECT FAX**
[sasha.danna@kirkland.com](mailto:sasha.danna@kirkland.com) **EMAIL**