# EXHIBIT 3



STATE OF NEW YORK     )
                             )
                             )    ss
COUNTY OF NEW YORK  )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Swedish into English of the attached SFS [Swedish Code of

Statutes] no. 1981-130.


Kristin Santizo, Project Manager
Geotext Translations, Inc.


Sworn to and subscribed before me

this 10ᵗʰ day of October , 20 13 .

MORGEN MYRDAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MY6274933
Qualified in Kings County
My Commission Expires January 14, 2017

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco 220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington 1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London 8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris 75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

SFS [*Svensk Författningssamling*/Swedish Code of Statutes] no. **1981:130**

| | |
|---|---|
| Department /<br>Agency: | **Justice Department L2** |
| Title: | **Statute of limitations (1981:130)** |
| Issued: | **January 29, 1981** |
| Change recorded: | **up to and including SFS 2006:698** |

Introductory rule

1 § This law applies to limitation of claims, unless otherwise specifically indicated.

Statute of limitations time period

2 § A claim is barred by limitation ten years after it arises, unless the period of limitation is cancelled prior thereto.

However, the statute of limitations time period for claims held against a consumer is three years if the claim pertains to a consumer item, service, or other good that a business, in the course of its regular operations, has provided to the consumer for primarily personal use. The same applies to the guarantor of such a claim. However, the three-year statute of limitations does not apply to claims based on promissory notes.

The period of limitation for a claim pertaining to retirement funds runs from the first day the claim can be considered issued.

3 § A claim for damages in conjunction with a crime shall not be barred by the expiry of the limitation period before the expiry of the limitation period for criminal charges, unless responsibility for the crime has been settled before that. In such cases, the claim shall be barred by the expiry of the period of limitation one year from the day the ruling or final verdict is announced, unless the period of limitation ends later as per 2 §.

If someone has been arrested or charged with a crime before the statute of limitations time period for criminal charges ends, but the question of guilt has not been resolved before then, a claim for damages in conjunction with the crime shall not be barred by the expiry of the period of limitation sooner than one year from the day the ruling or final verdict is announced.

4 § A claim for reimbursement that arises when one party pays off a debt that several parties owe shall not be barred by the expiry of the period of limitation sooner than one year after the payment of the main claim.

Cancellation of the statute of limitations time period

5 § The period of limitation shall be cancelled if

1. the debtor offers payment, pays interest or principal, or otherwise acknowledges the claim to the creditor,

2. the debtor receives a written demand or a written reminder regarding the claim from the creditor, or

3. the creditor sues the debtor or otherwise invokes the claim against the debtor in any court, at

the Enforcement Authority, in arbitration proceedings, bankruptcy or insolvent liquidation proceedings, or in court-supervised arrangement negotiations.
Act (2006:698).

The effect of cancellation of the statute of limitations time period

6 § If the period of limitation has been cancelled due to acknowledgment, demand or reminder, the time period is restarted in accordance with 2 § from the day of the cancellation.

7 § If the period of limitation has been cancelled due to a suit being filed or through the claim having been invoked as per 5 §, item 3, a new period of limitation starts in accordance with 2 § from the day the ruling or final verdict is announced or the court proceedings are terminated in some other manner. If the proceedings are completed or resumed for any reason prior to the end of the new period of limitation, the period of limitation is cancelled and a new time period starts the day the resumed proceedings are completed.

If the judicial proceedings are completed without the debtor having been served with, or otherwise informed of, the creditor's statement of claim, the period continues without cancellation and restart. However, the statute of limitations time period for the claim ends no sooner than one year after the proceedings have been completed.

The time period cannot be extended under the second paragraph, second sentence more than once.

Consequences of the end of the statute of limitations time period

8 § When the time period ends, the creditor loses the right to enforce his claim.

The statute of limitations on a main claim also covers the claim for interest and other additional obligations as well as claims pertaining to securities.

9 § If several parties have agreed or been obligated to assume responsibility for the same debt in solidarity and this debt is barred by the statute of limitations time period for one of these parties, the remaining parties are only liable for their respective shares. The shares are determined based on the number of debtors, if not otherwise determined by an agreement or decision that the creditor has received knowledge of no later than six months prior to the end of the time period.

If one of the remaining debtors has a shortfall, this is allocated among the other remaining debtors and the creditor. Thereby each debtor is responsible in accordance with their share and the creditor in accordance with the share for which the statute of limitations time period has ended.

10 § A claim can be used for set-off even if the claim is barred by the expiry of the period of limitation, provided this is otherwise permitted and provided the period of limitation had not ended when the creditor acquired the claim or when his debt to the debtor arose.

11 § The end of the statute of limitation time period does not restrict creditor's right to satisfy his claim from property in which he has a lien or right of retention as security for the claim.

Miscellaneous provisions

12 § Any agreement that a claim not be subject to a statute of limitations or that it be subject to some other statute of limitations than specified in this Act is null and void. The same holds for agreements that specify a longer time period than three years for the claims referred to in 2 §, second paragraph.

13 § If an action referred to in 5 §, item 3 is taken abroad, it has consequences in accordance with this Act,
provided the creditor has had valid reason to take the action in the foreign state due to the debtor's situation
and the circumstances in general.

SFST

SFS nr: **1981:130**

    Departement/
      myndighet: **Justitiedepartementet L2**

       Rubrik: **Preskriptionslag (1981:130)**

     Utfärdad: **1981-01-29**

  Ändring införd: **t.o.m. SFS 2006:698**

---

Inledande bestämmelse

1 § Denna lag gäller i fråga om preskription av fordringar, i den mån
inte annat följer av vad som är särskilt föreskrivet.

Preskriptionstid

2 § En fordran preskriberas tio år efter tillkomsten, om inte
preskriptionen avbryts dessförinnan.

Preskriptionstiden är dock tre år för fordran mot en konsument, om
fordringen avser en vara, tjänst eller annan nyttighet som en
näringsidkare i sin yrkesmässiga verksamhet har tillhandahållit
konsumenten för huvudsakligen enskilt bruk. Detsamma gäller fordran mot
den som har gått i borgen för betalningen av en sådan fordran. Den
treåriga preskriptionstiden gäller dock inte fordringar som grundar sig
på löpande skuldebrev.

För fordran på pension räknas preskriptionstiden från den dag fordringen
tidigast kan göras gällande.

3 § En fordran på skadestånd i anledning av brott preskriberas ej före
utgången av tiden för åtalspreskription, om inte frågan om ansvar för
brottet har avgjorts dessförinnan. Har så skett, preskriberas fordringen
ett år efter den dag dom eller slutligt beslut meddelas, om inte
preskriptionstiden går ut senare enligt 2 §.

Om någon har häktats eller erhållit del av åtal för brott före utgången
av tiden för åtalspreskription men ansvarsfrågan inte har avgjorts
dessförinnan, preskriberas en fordran på skadestånd i anledning av
brottet tidigast ett år efter den dag dom eller slutligt beslut
meddelas.

4 § En regressfordran som har uppkommit genom att någon har betalt en
skuld, för vilken flera är ansvariga, preskriberas tidigast ett år efter
betalningen av huvudfordringen.

Preskriptionsavbrott

5 § Preskription avbryts genom att

1. gäldenären utfäster betalning, erlägger ränta eller
amortering eller erkänner fordringen på annat sätt gentemot
borgenären,

2. gäldenären får ett skriftligt krav eller en skriftlig
erinran om fordringen från borgenären eller

3. borgenären väcker talan mot gäldenären eller annars åberopar
fordringen gentemot gäldenären vid domstol, hos

SFST

Kronofogdemyndigheten eller i skiljeförfarande,
konkursförfarande eller förhandling om offentligt ackord.
Lag (2006:698).

Verkan av preskriptionsavbrott

6 § Om preskription har avbrutits genom erkännande, krav eller erinran,
löper en ny preskriptionstid enligt 2 § från dagen för avbrottet.

7 § Om preskription har avbrutits genom att talan har väckts eller genom
att fordringen annars har åberopats enligt 5 § 3, löper en ny
preskriptionstid enligt 2 § från den dag dom eller slutligt beslut
meddelas eller det rättsliga förfarandet avslutas på annat sätt.
Fullföljs talan eller återupptas förfarandet av någon annan anledning
före den nya preskriptionstidens utgång, avbryts preskriptionen,
varefter ny tid räknas från den dag det återupptagna förfarandet
avslutas.

Avslutas det rättsliga förfarandet utan att gäldenären har delgivits
eller på annat sätt underrättats om borgenärens framställning, beräknas
dock preskriptionstiden som om något avbrott inte hade skett. Fordringen
preskriberas likväl tidigast ett år efter det att förfarandet avslutas.

Preskriptionstiden kan inte förlängas enligt andra stycket andra
meningen mer än en gång.

Innebörden av preskription

8 § Preskription innebär att borgenären förlorar rätten att kräva ut sin
fordran.

Preskription av en huvudfordran omfattar även fordran på ränta och annan
tilläggsförpliktelse samt fordran på grund av borgen.

9 § Om flera har åtagit sig eller förpliktats att svara solidariskt för
samma skuld och denna preskriberas i förhållande till någon av dem,
svarar var och en av de andra endast för sin andel. Andelarna beräknas
efter huvudtalet, om inte annat har bestämts genom ett avtal eller
avgörande som borgenären har fått kännedom om senast sex månader före
preskriptionen.

Uppkommer brist hos någon av de kvarvarande gäldenärerna, fördelas
ansvaret för bristen mellan de övriga kvarvarande och borgenären. Därvid
svarar varje gäldenär i förhållande till sin andel och borgenären i
förhållande till den andel som har preskriberats.

10 § Utan hinder av att en fordran är preskriberad får den användas till
kvittning, om detta eljest är tillåtet och den inte var preskriberad
vare sig när borgenären förvärvade den eller när han kom i skuld till
gäldenären.

11 § Preskriptionen inskränker inte borgenärens rätt att ta ut sin
fordran ur egendom i vilken han har panträtt eller retentionsrätt till
säkerhet för fordringen.

Särskilda bestämmelser

12 § Avtal att en fordran inte skall preskriberas eller att preskription
skall kunna avbrytas på annat sätt än som föreskrivs i denna lag är
ogiltigt. Detsamma gäller avtal om längre preskriptionstid än tre år för
en fordran som avses i 2 § andra stycket.

13 § Om en åtgärd som avses i 5 § 3 vidtas utomlands, medför den
verkningar enligt denna lag, under förutsättning att borgenären med

SFST

hänsyn till gäldenärens förhållanden och omständigheterna i övrigt har
haft skälig anledning att vidta åtgärden i den främmande staten.