1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*, | ) CASE NO. CV13-00730-ABC (AJWx) |
| Plaintiffs, | ) [Honorable Audrey B. Collins] |
| OLD KVAERNER INVEST AS, | ) **[PROPOSED] ORDER GRANTING** |
| Intervenor Plaintiff, | ) **THE BOEING COMPANY AND** |
| vs. | ) **BOEING COMMERCIAL SPACE** |
| KB YUZHNOYE, *et al.*, | ) **COMPANY'S MOTION TO STRIKE** |
| Defendants. | ) **CERTAIN AFFIRMATIVE** |
| | ) **DEFENSES PURSUANT TO** |
| | ) **FEDERAL RULE OF CIVIL** |
| | ) **PROCEDURE 12(f)** |

## <u>ORDER</u>

Plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively, "Plaintiffs") filed a motion to strike certain defenses asserted by S.P. Korolev Rocket and Space Corporation, Energia ("Energia"), Energia Overseas LLC ("EOL"), and Energia Logistics Ltd. ("EL") pursuant to Fed. R. Civ. P. 12(f).  After carefully considering the papers submitted in support of and in opposition to the motion, the Court finds that Energia's Affirmative Defense Nos. 1-3, 5, 7, 9-10, 13, 15-16, 18-21, 24, and Energia's purported reservation of rights to assert additional affirmative defenses, are insufficient, redundant, immaterial, impertinent or otherwise subject to being stricken pursuant to Fed. R. Civ. P. 12(f) for the reasons set forth in Plaintiffs' briefs in support of this motion and discussed on the record.  The Court further finds that EL and EOL's Affirmative Defense Nos. 1-9 and 12-14, and their purported reservation of rights to assert additional defenses, are insufficient, redundant, immaterial, impertinent or otherwise subject to being stricken pursuant to Fed. R. Civ. P. 12(f) for the reasons set forth in Plaintiffs' briefs in support of this motion and discussed on the record.  Accordingly, Plaintiffs' motion is **GRANTED**. The affirmative defenses and reservations of rights listed above are hereby stricken.


IT IS HEREBY ORDERED.


Dated:  _____   2013         _____

                                        Honorable Audrey B. Collins