Sasha K. Danna (SBN 244462)
sasha.danna@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Michael B. Slade *(Admitted Pro Hac Vice)*
michael.slade@kirkland.com
Christopher Esbrook (*Admitted Pro Hac Vice*)
christopher.esbrook@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Plaintiffs*
THE BOEING COMPANY and
BOEING COMMERCIAL SPACE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> KB YUZHNOYE, *et al*., <br><br> Defendants. | CASE NO. CV13-00730-ABC (AJWx) <br><br> [Assigned to the Hon. Audrey B. Collins] <br><br> **DECLARATION OF SASHA K. DANNA IN SUPPORT OF THE BOEING COMPANY AND BOEING COMMERCIAL SPACE COMPANY'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES** <br><br> Hearing: December 9, 2013 <br> Time: 10:00 a.m. <br> Courtroom: 680 |

I, Sasha Danna, declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, and counsel of record for Plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively, the "Plaintiffs") in this action. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify to the following.

2. Attached hereto as Exhibit 1 is a true and correct copy of the award issued on October 11, 2010 by the arbitrator in the Swedish arbitration proceeding brought by Plaintiffs against S. P. Korolev Rocket and Space Corporation, Energia, KB Yuzhnoye, and PO Yuzhnoye Mashinostroitelny Zavod for breach of the Creation Agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of October, 2013, in Los Angeles, California.

/s/ Sasha K. Danna
Sasha K. Danna

1