RITA M. HAEUSLER, State Bar No. 110574
haeusler@hugheshubbard.com
GAURAV REDDY, State Bar No. 259496
reddy@hugheshubbard.com
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California  90071
Telephone:  (213) 613-2800
Facsimile:  (213) 613-2950

JOHN M. TOWNSEND, admitted *pro hac vice*
townsend@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC  20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646

Attorneys for Defendant
S.P. Korolev Rocket and Space Corporation,
Energia d/b/a Rocket and Space Corporation
Energia After S.P. Korolev

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY and BOEING COMMERCIAL SPACE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>KB YUZHNOYE; PO YUZHNOYE MASHINOSTROITELNY ZAVOD; S.P. KOROLEV ROCKET AND SPACE CORPORATION, ENERGIA D/B/A ROCKET AND SPACE CORPORATION ENERGIA AFTER S.P. KOROLEV; ENERGIA OVERSEAS LLC; and ENERGIA LOGISTICS LTD.,<br><br>Defendants. | CASE NO. CV 13-00730-ABC (AJWx)<br><br>[Hon. Audrey B. Collins]<br><br>**STIPULATION (A) TO EXTEND TIME TO FILE ANSWERS AND COUNTERCLAIMS RELATIVE TO OLD KVAERNER'S AMENDED INTERVENTION COMPLAINT AND (B) TO SET BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS RELATING TO THE ANSWERS AND COUNTERCLAIMS**<br><br>Action Filed: February 1, 2013 |

1    WHEREAS, on February 1, 2013, The Boeing Company ("Boeing") and
2    Boeing Commercial Space Company ("BCSC") filed the initial complaint in this
3    action for (1) Breach of Contract – Creation Agreement; (2) Breach of Contract –
4    Creation Agreement; (3) Breach of Contract – Guarantee Agreement; and (4)
5    Breach of Contract – Guarantee Agreement;
6    WHEREAS, on July 8, 2013, Intervenor Plaintiff Old Kvaerner Invest AS
7    ("Old Kvaerner") filed its intervention complaint in this action followed shortly
8    thereafter by the filing of its first amended intervention complaint in this action (the
9    "Complaint");
10   WHEREAS, on September 5, 2013, pursuant to stipulated extensions of time
11   to respond (*see* Dkt. Nos. 111 and 115), S.P. Korolev Rocket and Space
12   Corporation, Energia d/b/a/ Rocket and Space Corporation Energia After S.P.
13   Korolev ("RSC Energia") and KB Yuzhnoye and PO Yuzhnoye Mashinostroitelny
14   Zavod (collectively, "Yuzhnoye") filed motions to dismiss the Complaint;
15   WHEREAS, on October 28, 2013, the Court denied the RSC Energia and
16   Yuzhnoye motions to dismiss the Complaint;
17   WHEREAS, absent an extension of time, the deadline for RSC Energia and
18   Yuzhnoye to answer the Complaint is November 12, 2013;
19   WHEREAS, RSC Energia and Yuzhnoye anticipate filing answers and
20   counterclaims to the Complaint substantially similar to the answers and
21   counterclaims that RSC Energia and Yuzhnoye filed relative to Boeing and BCSC's
22   February 1, 2013 complaint;
23   WHEREAS, on December 9, 2013, this Court is scheduled to hear motions
24   by Boeing and BCSC to strike and dismiss the answers and counterclaims filed by
25   RSC Energia to Boeing and BCSC's February 1, 2013 complaint;
26   WHEREAS, the undersigned parties recognize that it would be beneficial to
27   take into consideration the Court's anticipated ruling on December 9 prior to
28   incurring the expense of preparing answers/counterclaims and responsive motions;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through the undersigned counsel, as follows:

1. RSC Energia and Yuzhnoye shall have through and including December 23, 2013 to file answers and counterclaims to the Complaint;

2. Old Kvaerner shall have through and including January 13, 2014 to file any Rule 12(f) motions to strike or motions to dismiss (the "Motions") relating to RSC Energia's and Yuzhnoye's answers and counterclaims;

3. RSC Energia and Yuzhnoye shall have through and including February 3, 2014 to file any oppositions to the Motions;

4. Old Kvaerner shall have through and including February 17, 2014 to file any replies in support of the Motions;

5. At the time the Motions are filed, counsel for Old Kvaerner shall seek a motion hearing date of March 3, 2014, or the Court's earliest available hearing date thereafter.

DATED: November 8, 2013

HUGHES HUBBARD & REED LLP
RITA M. HAEUSLER


By: _____/s/_____
　　　　Rita M. Haeusler

Attorneys for Defendants
S.P. KOROLEV ROCKET AND SPACE CORPORATION ENERGIA, D/B/A ROCKET AND SPACE CORPORATION ENERGIA AFTER S.P. KOROLEV

62656376_1

3

STIPULATION (A) TO EXTEND TIME TO FILE ANSWERS AND COUNTERCLAIMS RELATIVE TO OLD KVAERNER S AMENDED INTERVENTION COMPLAINT AND (B) TO SET BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS RELATING TO THE ANSWERS AND COUNTERCLAIMS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 8, 2013 | PINO & ASSOCIATES, LLP<br>RUDOLPH V. PINO, JR. |
| 3 | | |
| 4 | | By: /s/ Rudolph V. Pino, Jr. / TMS |
| 5 | | Rudolph V. Pino, Jr. |
| 6 | | Attorneys for Defendants |
| 7 | | KB YUZHNOYE AND PO YUZHNOYE<br>MASHINOSTROITELNY ZAVOD |
| 8 | | |
| 9 | DATED: November ___, 2013 | BLANK ROME LLP<br>W. CAMERON BEARD |
| 10 | | |
| 11 | | By:_____ |
| 12 | | W. Cameron Beard |
| 13 | | Attorneys for Intervenor-Plaintiff |
| 14 | | OLD KVAERNER INVEST AS |

62656376_1

4

STIPULATION (A) TO EXTEND TIME TO FILE ANSWERS AND COUNTERCLAIMS RELATIVE TO OLD KVAERNER S AMENDED INTERVENTION COMPLAINT AND (B) TO SET BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS RELATING TO THE ANSWERS AND COUNTERCLAIMS

```
 1
 2   DATED: November ___, 2013        PINO & ASSOCIATES, LLP
                                     RUDOLPH V. PINO, JR.
 3
 4
                                     By:_____
 5                                           Rudolph V. Pino, Jr.

 6                                   Attorneys for Defendants
 7                                   KB YUZHNOYE AND PO YUZHNOYE
                                     MASHINOSTROITELNY ZAVOD
 8
 9   DATED: November  7 , 2013       BLANK ROME LLP
                                     W. CAMERON BEARD
10
11
                                     By: /s/ W. Cameron Beard
12                                           W. Cameron Beard

13                                   Attorneys for Intervenor-Plaintiff
14                                   OLD KVAERNER INVEST AS
```