UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY and BOEING COMMERCIAL SPACE COMPANY,<br><br>            Plaintiffs,<br><br>   vs.<br><br>KB YUZHNOYE; PO YUZHNOYE MASHINOSTROITELNY ZAVOD; S.P. KOROLEV ROCKET AND SPACE CORPORATION, ENERGIA D/B/A ROCKET AND SPACE CORPORATION ENERGIA AFTER S.P. KOROLEV; ENERGIA OVERSEAS LLC; and ENERGIA LOGISTICS LTD.,<br><br>            Defendants. | CASE NO. CV 13-00730-ABC (AJWx)<br><br>[Hon. Audrey B. Collins]<br><br>**[PROPOSED] ORDER RE: STIPULATION (A) TO EXTEND TIME TO FILE ANSWERS AND COUNTERCLAIMS RELATIVE TO OLD KVAERNER'S AMENDED INTERVENTION COMPLAINT AND (B) TO SET BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS RELATING TO THE ANSWERS AND COUNTERCLAIMS**<br><br>Action Filed: February 1, 2013 |

62656389_1

[PROPOSED] ORDER RE: STIPULATION (A) TO EXTEND TIME TO FILE ANSWERS AND COUNTERCLAIMS RELATIVE TO OLD KVAERNER S AMENDED INTERVENTION COMPLAINT AND (B) TO SET BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS RELATING TO THE ANSWERS AND COUNTERCLAIMS

# ORDER

Based on the Stipulation of the parties filed concurrently herewith and good cause appearing, the Court hereby orders that:

1. Defendants S.P. Korolev Rocket and Space Corporation, Energia d/b/a/ Rocket and Space Corporation Energia After S.P. Korolev ("RSC Energia") and KB Yuzhnoye and PO Yuzhnoye Mashinostroitelny Zavod (collectively, "Yuzhnoye") shall have through and including December 23, 2013 to file answers and counterclaims to the first amended intervention complaint (the "Complaint") of Intervenor Plaintiff Old Kvaerner Invest AS ("Old Kvaerner");

2. Old Kvaerner shall have through and including January 13, 2014 to file any Rule 12(f) motions to strike or motions to dismiss (the "Motions") relating to RSC Energia's and Yuzhnoye's answers and counterclaims;

3. RSC Energia and Yuzhnoye shall have through and including February 3, 2014 to file any oppositions to the Motions;

4. Old Kvaerner shall have through and including February 17, 2014 to file any replies in support of the Motions; and

5. At the time the Motions are filed, counsel for Old Kvaerner shall seek a motion hearing date of March 3, 2014, or the Court's earliest available hearing date thereafter.

IT IS HEREBY ORDERED.

Dated: _____ 2013

_____
Honorable Audrey B. Collins

Respectfully submitted by:

RITA M. HAEUSLER, State Bar No. 110574
haeusler@hugheshubbard.com
GAURAV REDDY, State Bar No. 259496
reddy@hugheshubbard.com
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor

| | |
|---|---|
| 1 | Los Angeles, California  90071<br>Telephone:  (213) 613-2800 |
| 2 | Facsimile:  (213) 613-2950 |
| 3 | JOHN M. TOWNSEND, admitted *pro hac vice*<br>townsend@hugheshubbard.com |
| 4 | HUGHES HUBBARD & REED LLP<br>1775 I Street, N.W. |
| 5 | Washington, DC  20006-2401<br>Telephone:  (202) 721-4600 |
| 6 | Facsimile:  (202) 721-4646 |
| 7 | Attorneys for Defendant<br>S.P. KOROLEV ROCKET AND SPACE CORPORATION, |
| 8 | ENERGIA D/B/A ROCKET AND SPACE CORPORATION<br>ENERGIA S.P. KOROLEV |

62656389_1

3

[PROPOSED] ORDER RE: STIPULATION (A) TO EXTEND TIME TO FILE ANSWERS AND COUNTERCLAIMS RELATIVE TO OLD KVAERNER S AMENDED INTERVENTION COMPLAINT AND (B) TO SET BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS RELATING TO THE ANSWERS AND COUNTERCLAIMS