1  RONALD D. KENT (SBN 100717)
   ronald.kent@dentons.com
2  STEVEN A. VELKEI (SBN 160561)
   steven.velkei@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California  90017-5704
   Telephone:  (213) 623-9300
5  Facsimile:   (213) 623-9924

6  Attorneys for Defendants
   Energia Overseas, LLC and
7  Energia Logistics, Ltd.

8  STEVEN M. MASIELLO (SBN 199028)
   smasiello@mckennalong.com
9  GALE R. MONAHAN (SBN 290998)
   gmonahan@mckennalong.com
10 McKENNA LONG & ALDRIDGE LLP
   1400 Wewatta Street, Suite 700
11 Denver, CO  80202-5556
   Telephone:  (303) 634-4000
12 Facsimile:   (303) 634-4400

13 Attorneys for Non-Party
   United Launch Alliance, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OLD KVAERNER INVEST AS, et al.,<br><br>　　　　Intervenor Plaintiff,<br><br>　v.<br><br>KB YUZHNOYE, et al.,<br><br>　　　　Defendants. | No. CV 13-00730 AB (AJWx)<br><br>**ORDER REGARDING DOCUMENTS AND WITNESS TESTIMONY PRODUCED BY UNITED LAUNCH ALLIANCE, LLC PURSUANT TO SUBPOENA BY ENERGIA LOGISTICS, LTD.** |

ORDER

Pursuant to the Stipulation between the parties and good cause appearing, the Protective Order regarding documents and witness testimony produced by United Launch Alliance, LLC pursuant to Subpoena by Energia Logistics, Ltd. is hereby entered.

IT IS SO ORDERED.

Dated: __April 10, 2015



Andrew J. Wistrich
United States Magistrate Judge

83837735

- 2 -