# EXHIBIT A

Michael E. Baumann (SBN 145830)
michael.baumann@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Michael B. Slade (*Admitted Pro Hac Vice*)
michael.slade@kirkland.com
Christopher Esbrook (*Admitted Pro Hac Vice*)
christopher.esbrook@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Plaintiffs*
THE BOEING COMPANY and
BOEING COMMERCIAL SPACE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>OLD KVAERNER INVEST AS,<br><br>Intervenor Plaintiff,<br><br>vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>Defendants. | CASE NO. CV13-00730-ABC (AJWx)<br><br>**PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LISTS**<br><br>Date of Final Pretrial<br>Conference:  November 2, 2015<br>Trial Date:  November 10, 2015<br>Time:  8:30 a.m.<br>Place:  Courtroom 4<br>Judge:  Hon. André Birotte |

Pursuant to this Court's Trial Order, Plaintiffs provide Defendants with the following preliminary witness and exhibit lists for trial in the above-captioned action. Plaintiffs reserve the right to alter or adjust each of these lists, to add or subtract witnesses and documents, following their review of the Defendants' respective witness and exhibit lists, the Court's rulings on the pending motions for summary judgment and for sanctions, and any other developments.  Plaintiffs also reserve their right to call any person for purposes of rebuttal, whether named on this list or not, based on Defendants' presentations during their cases in chief.

## I. Preliminary Witness List

Plaintiffs currently intend to call:

1. James Noblitt
2. Patrick Enyeart
3. Peter Sloane
4. Bill Collopy
5. Randy Simons
6. Ira Schey
7. Louis Dudney

Plaintiffs may call:

1. James Albaugh
2. Richard Williams

3. Robert Peckham

4. Tim Hansen

5. Don Stoulil

6. Don Skoumal

7. Allen Ashby

8. Jim Maser

9. Tom Dillon

10. Diderik Schnitler

11. Hans Peter Hoegh

12. Torstein Strokaere

13. Katya Peppler

14. Dag Witussen

15. Steve Barkin

16. James Cappa

17. Lance Neal

18. Todd Mather

19. Tod Milton

20. Kjell Karlssen

21. Brett Carman

22. Peter Stier

23. Claude Montgomery

24. Lee Whidden

25. Dennis Shomko

26. Vyecheslav Sheyanov

27. Igor Komarov

28. Vladmir Solntsev

29. Nicolai Sevestianov

30. Tatiana Federova

31. Hon. Johan Munch

32. David Wolfson, Q.C.

33. Olga Vorozhbyt (rebuttal only, if JMOL is denied)

34. Dr. Andrei Sherstobitov (rebuttal only, if JMOL is denied)

35. Bernard Black (rebuttal only, if JMOL is denied)

36. Richard McKinney (rebuttal only, if JMOL is denied)

37. Douglas Cooke (rebuttal only, if JMOL is denied)

38. Bradford Cornell (rebuttal only, if JMOL is denied)

## II. Preliminary Exhibit List

Attached as Exhibit A hereto is Plaintiffs' preliminary exhibit list. For the avoidance of doubt, Plaintiffs reserve the right to challenge the admissibility of any document on this list. Plaintiffs also reserve the right to alter or amend this list after reviewing the Defendants' proposed witness lists, the Court's rulings on the pending motions for summary judgment and sanctions, and any other developments. Plaintiffs also reserve their right to add any exhibit for purposes of impeachment, whether

identified on this list or not, or for purposes of rebuttal based on Defendants' presentations during their cases in chief.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 22, 2015 | KIRKLAND & ELLIS LLP |
| 3 | | Michael E. Baumann |
| | | Xanath McKeever |
| 4 | | Sasha Danna |
| 5 | | Michael B. Slade *(Pro Hac Vice)* |
| | | Christopher Esbrook *(Pro Hac Vice)* |

*/s/Xanath McKeever*
Xanath McKeever

*Attorneys for Plaintiffs*
THE BOEING COMPANY and
BOEING COMMERCIAL SPACE
COMPANY