1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>Defendants. | CASE NO. CV13-00730-AB (AJWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2: MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY FROM LAWRENCE CUNNINGHAM**<br><br>Complaint Filed: February 1, 2013<br><br>Hearing Date: November 2, 2015<br>Time: 11:00 a.m.<br>Judge: Hon. André Birotte<br>Place: Courtroom 680<br><br>Pretrial Conf.: November 2, 2015<br>Trial: November 10, 2015 |

On October 13, 2015, Plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively, "Plaintiffs") submitted a Motion in Limine No. 2: Motion to Exclude Expert Opinions and Testimony from Lawrence Cunningham. A hearing on the Motion was held in the above-captioned Court, at which counsel for Plaintiffs, and counsel for Energia Logistics Ltd. and Energia Overseas LLC (the "Subsidiaries"), appeared. Having carefully considered the papers submitted in support of and in opposition to the Motion, as well as the arguments of counsel, and for good cause shown, the Court hereby **GRANTS** Plaintiffs' Motion and **ORDERS** as follows:

1. The opinions and testimony of Lawrence Cunningham shall be excluded from the trial in this case;
2. Counsel for the Subsidiaries shall not refer to the opinions or testimony of Lawrence Cunningham at trial.

**IT IS SO ORDERED.**

DATED: _____, 2015

The Honorable André Birotte
United States District Court
Central District of California

1