| | |
|---|---|
| 1 | RONALD D. KENT (SBN 100717) |
|   | ronald.kent@dentons.com |
| 2 | STEVEN A. VELKEI (SBN 160561) |
|   | steven.velkei@dentons.com |
| 3 | DAVID SIMONTON (SBN 199919) |
|   | david.simonton@dentons.com |
| 4 | DENTONS US LLP |
|   | 601 S. Figueroa Street, Suite 2500 |
| 5 | Los Angeles, California 90017-5704 |
|   | Telephone:  (213) 623-9300 |
| 6 | Facsimile:   (213) 632-9924 |
| 7 | CLAUDE D. MONTGOMERY (*Admitted Pro Hac Vice*) |
|   | claude.montgomery@dentons.com |
| 8 | LEE P. WHIDDEN (*Admitted Pro Hac Vice*) |
|   | lee.whidden@dentons.com |
| 9 | DENTONS US LLP |
|   | 1221 Avenue of the Americas |
| 10 | New York, NY 10020-1089 |
|    | Telephone:  (212) 768 6700 |
| 11 | Facsimile:   (212) 768 6800 |

*Attorneys for Defendants*
*Energia Logistics Ltd. and Energia Overseas LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*, | NO. CV13-00730-AB (AJWx) |
| Plaintiffs, | **DEFENDANTS ENERGIA LOGISTICS LTD.'S AND ENERGIA OVERSEAS LLC'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS FOR TRIAL (ROBERT PECKHAM AND IRA SCHEY VOLS. II AND III)** |
| vs. | |
| KB YUZHNOYE, *et al.*, | |
| Defendants. | |
| | Complaint Filed: February 1, 2013 |
| | Trial Date: November 10, 2015 |
| | Time: 8:30 a.m. |
| | Judge: Hon. André Birotte |
| | Place: Courtroom 4 (2nd Floor) |

1  PLEASE TAKE NOTICE that, pursuant to Local Rule 32-1, defendants Energia Logistics Ltd. and Energia Overseas LLC ("Defendants") have lodged copies of the following transcripts that will be introduced in evidence and that have been marked in accordance with Local Rule 16-2.7:

1. Robert Peckham, December 8, 2014
2. Ira M. Schey, November 11, 2014
3. Ira M. Schey, March 2, 2015

DATED: November 10, 2015                    DENTONS US LLP

                                            By:   s/ David Simonton
                                                  David Simonton

                                            Attorneys for Defendants
                                            ENERGIA LOGISTICS LTD. AND
                                            ENERGIA OVERSEAS LLC

85468490\V-3

- 1 -