RONALD D. KENT (SBN 100717)
ronald.kent@dentons.com
STEVEN A. VELKEI (SBN 160561)
steven.velkei@dentons.com
DAVID SIMONTON (SBN 199919)
david.simonton@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 632-9924

CLAUDE D. MONTGOMERY (*Admitted Pro Hac Vice*)
claude.montgomery@dentons.com
LEE P. WHIDDEN (*Admitted Pro Hac Vice*)
lee.whidden@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768 6700
Facsimile: (212) 768 6800

*Attorneys for Defendants*
*Energia Overseas LLC and Energia Logistics Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>　　　　　Defendants. | No. CV 13-00730 AB (AJWx)<br><br>**INDEX OF CITATIONS TO DEPOSITION TESTIMONY OF DEFENDANTS ENERGIA LOGISTICS, LTD. AND ENERGIA OVERSEAS, LLC (ROBERT PECKHAM AND IRA SCHEY VOLUMES II AND III)**<br><br>Date: November 10, 2015<br>Time: 10:00 a.m.<br>Courtroom No. 4 - 2nd Floor<br>Hon. André Birotte<br><br>Complaint Filed: February 1, 2013 |

Defendants Energia Overseas, LLC and Energia Logistics, Ltd. (the "U.S. Subsidiaries") hereby provide the following index of citations to the deposition testimony of Robert Peckham and Ira Schey (Vols. II and III) that the U.S. Subsidiaries intend to introduce as evidence at trial.

Plaintiffs have generally objected to these designations as untimely, but provided no specific objections to page-line numbers.

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 1:1-25 | |
| 7:1 – 8:22 | |
| 9:5-11 | |
| 9:19-22 | |
| 12:25 – 14:11 | |
| 15:2-7 | |
| 16:9-14 | |
| 17:15-23 | |
| 18:4-7 | |
| 18:19-25 | |
| 20:1 - 21:13 | |
| 21:23 – 23:18 | |
| 27:12-22 | |
| 28:18 – 29:16 | |
| 30:2-5 | |
| 32:22 – 33:5 | |
| 33:7-15 | |
| 33:19-25 | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 34:2-17 | |
| 35:3 – 37:24 | |
| 45:23 – 46:1 | |
| 46:4 | |
| 46:14-22 | |
| 47:9-12 | |
| 47:15 | |
| 47:17-22 | |
| 48:14-17 | |
| 49:13-17 | |
| 49:19-21 | |
| 49:23 – 50:17 | |
| 51:2-16 | |
| 52:11-15 | |
| 53:11-12 | |
| 53:14 – 54:11 | |
| 54:25 – 55:6 | |
| 60:24 – 61:5 | |
| 61:8-10 | |
| 61:13-16 | |
| 61:18 | |
| 62:7-11 | |
| 62:13-17 | |
| 62:19-21 | |
| 63:14-15 | |
| 63:17-18 | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 64:8-15 | |
| 64:17-20 | |
| 65:14-23 | |
| 67:12-15 | |
| 67:17-20 | |
| 67:22-25 | |
| 68:2-7 | |
| 68:9 | |
| 68:14-20 | |
| 68:22-25 | |
| 69:2 | |
| 69:4-8 | |
| 71:4-12 | |
| 73:14 – 74:2 | |
| 75:25 – 76:5 | |
| 76:12-17 | |
| 77:13 – 78:5 | |
| 78:16-25 | |
| 79:13-22 | |
| 80:24 – 81:25 | |
| 82:2-21 | |
| 84:3-19 | |
| 85:25 – 86:8 | |
| 86:11-13 | |
| 86:23 – 87:4 | |
| 88:9-15 | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 89:17-20 | |
| 92:19 – 94:7 | |
| 95:24 – 96:5 | |
| 96:22-24 | |
| 98:19-24 | |
| 99:5-16 | |
| 100:9-5 | |
| 101:1-7 | |
| 102:1-13 | |
| 102:24 – 103:8 | |
| 106:12 – 107:1 | |
| 108:1-14 | |
| 109:1-3 | |
| 109:12 | |
| 109:15-25 | |
| 110:10-20 | |
| 111:2-5 | |
| 111:14-18 | |
| 111:20 – 112:2 | |
| 112:4-16 | |
| 112:22 – 114:5 | |
| 117:4-9 | |
| 117:22 – 118:2 | |
| 118:6-10 | |
| 118:22 – 119:1 | |
| 119:11-22 | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 120:5-10 | |
| 121:14 – 122:4 | |
| 122:19-24 | |
| 124:25 – 125:11 | |
| 125:15-17 | |
| 125:24 – 126:11 | |
| 126:22-25 | |
| 127:11 – 128:23 | |
| 129:15-23 | |
| 130:13-17 | |
| 131:3-20 | |
| 134:15-25 | |
| 135:4-24 | |
| 136:1-9 | |
| 137:14-23 | |
| 138:10-22 | |
| 148:1-10 | |
| 163:7-22 | |
| 165:6-11 | |
| 165:23 – 166:2 | |
| 166:17-23 | |
| 167:7-13 | |
| 168:2-8 | |
| 168:11-12 | |
| 168:24 – 169:10 | |
| 169:18 – 170:6 | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 173:13 – 175:15 | |
| 175:19 – 176:5 | |
| 176:13 – 177:4 | |
| 177:13 – 178:6 | |
| 180:1-16 | |
| 181:21-25 | |
| 182:10 – 183:15 | |
| 183:24 – 184:10 | |
| 184:20 – 185:9 | |
| 188:2-23 | |
| 189:11 – 190:15 | |
| 191:10 – 192:1 | |
| 192:8-23 | |
| 193:21 – 194:1 | |
| 194:12 – 195:1 | |
| 195:12-23 | |
| 196:1-6 | |
| 196:17-25 | |
| 197:6-11 | |
| 197:16 – 198:19 | |
| 199:2-5 | |
| 199:21-25 | |
| 200:8-19 | |
| 201:5-11 | |
| 201:14 – 202:20 | |
| 204:5 – 205:10 | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 206:13-19 | |
| 207:11-15 | |
| 210:3-21 | |
| 212:7-23 | |
| 213:14-23 | |
| 214:16 – 215:6 | |
| 215:15-20 | |
| 216:11-15 | |
| 217:12 – 218:3 | |
| 218:16 – 219:22 | |
| 220:6-8 | |
| 220:18-25 | |
| 221:4-11 | |
| 221-19-24 | |
| 222:18 – 223:9 | |
| 224:11 – 225:15 | |
| 226:4-19 | |
| 227:4-18 | |
| 236:1-237:12 | |

| Deposition Testimony of Ira Schey 11-11-14 | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 257:1 – 377:14 | |
| 379:14 – 449:9 | |
| 450:6-20 | |
| 451:1 – 499:11 | |
| 500:9 – 506:25 | |
| 514:11 – 584:25 | |
| 590:1-25 | |

-8-

| Deposition Testimony of Ira Schey 03-25-15 | Plaintiffs' Objections to Testimony Cited by U.S. Subsidiaries |
|---|---|
| 1:1 – 2:20 | |
| 3:1 – 4:5 | |
| 5:1 – 34:11 | |
| 36:1 – 118:7 | |
| 119:20 – 133:9 | |
| 134:5 – 140:11 | |
| 144:1-22 | |

DATED:  November 10, 2015        DENTONS US LLP

By___s/David Simonton_____
            David Simonton

*Attorneys for Defendants*
ENERGIA OVERSEAS LLC AND
ENERGIA LOGISTICS LTD.

85499586\V-1

-9-