RONALD D. KENT (SBN 100717)
ronald.kent@dentons.com
STEVEN A. VELKEI (SBN 160561)
steven.velkei@dentons.com
DAVID SIMONTON (SBN 199919)
david.simonton@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 632-9924

CLAUDE D. MONTGOMERY (*Admitted Pro Hac Vice*)
claude.montgomery@dentons.com
LEE P. WHIDDEN (*Admitted Pro Hac Vice*)
lee.whidden@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

*Attorneys for Defendants*
*Energia Logistics Ltd. and Energia Overseas LLC*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>Defendants. | No.  CV 13-00730 AB (AJWx)<br><br>**UPDATED COMBINED INDEX OF (1) DEPOSITION TESTIMONY DESIGNATED BY DEFENDANTS ENERGIA LOGISTICS LTD. AND ENERGIA OVERSEAS LLC FOR USE AT TRIAL; (2)  PLAINTIFFS' OBJECTIONS THERETO; (3) PLAINTIFFS' COUNTER-DESIGNATIONS; AND (4) OBJECTIONS TO PLAINTIFFS' COUNTER-DESIGNATIONS**<br><br>Trial Date:   November 10, 2015<br>Time:          8:30 a.m.<br>Place:         Courtroom 4<br>Judge:         Hon. André Birotte<br><br>Complaint Filed: February 1, 2013 |

Pursuant to the Court's direction at the trial proceedings on November 12, 2015, defendants Energia Logistics Ltd. and Energia Overseas LLC (the "U.S. Subsidiaries") hereby submit an updated index of (a) the deposition testimony the U.S. Subsidiaries have designated for use at trial; (b) Plaintiffs' objections, if any, to that designated testimony; (c) the deposition testimony Plaintiffs have counter-designated from those transcripts; and (d) the U.S. Subsidiaries' objections, if any, to Plaintiffs' counter-designations.

The parties have substantially narrowed their objections to the designated and counter-designated testimony.  The remaining objections are shown in the second column of the following index.  Per the Court's direction, there is also a third column entitled "Sustained/Overruled," for the Court to rule on the remaining objections.

| Deposition Testimony of James Albaugh | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1-25 (cover) | | |
| 5:2-7:16 | | |
| 8:3-9:13 | | |
| 9:16-17:14 | | |
| 17:19-21:6 | | |
| 21:10-23:20 | | |
| 23:24-25:7 | | |
| 25:11-33:8 | | |
| 29:1-31:17 | | |
| 31:25-32:5 | | |
| 32:17-33:6 | | |
| 37:23-42:12 | | |

| Deposition Testimony of James Albaugh | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 42:25-44:15 | | |
| 45:15-23 | | |
| 46:8-16 | | |
| 47:8-10 | | |
| 47:25-60:22 | | |
| 62:11-20 | | |
| 63:2-76:7 | | |
| 76:19-24 | | |
| 77:8-79:17 | | |
| 80:4-83:11 | | |
| 84:6-14 | | |
| 85:18-102:25 | | |
| 103:10-120:10 | | |
| 120:13-146:14 | | |
| 147:7-18 | | |
| 148:21-166:9 | | |
| 166:14-170:14 | | |
| 170:16-183:25 | | |
| 184:20-185:20 | | |
| 186:1-2 | | |
| 186:9-192:22 | | |
| 193:9-200:21 | | |
| 200:24-25 | | |
| 201:3-253:14 | | |
| 254:3-262:15 | | |
| 262:23-276:16 | | |

| Deposition Testimony of James Albaugh | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 277:3-308:3 | | |
| 302:23-305:14 | | |
| 308:11-309:9 | | |
| 309:18-322:18 | | |
| 318:11-319:1 | | |
| 323:1-325:17 | | |
| 325:19-331:16 | | |
| Signature page | | |
| 334:1-22 (certificate) | | |

―――――――――――――――――

| Deposition Testimony of James Albaugh (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 79:18-80:3 | | |
| 84:15-85:17 | | |

―――――――――――――――――

| Deposition Testimony of Patrick Enyeart | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1-25 (cover) | | |
| 10:4-11:23 | | |
| 12:9-13:15 | | |
| 14:1-12 | | |
| 14:16-15:13 | | |
| 15:18-17:21 | | |
| 19:19-20:10 | | |
| 21:7-22:19 | | |
| 26:19-27:15 | | |
| 30:1-5 | | |
| 32:8-17 | | |
| 32:25-33:2 | | |
| 33:12-22 | | |
| 34:17-25 | | |
| 36:14-19 | | |
| 37:7-16 | | |
| 38:8-39:13 | | |
| 39:25-40:21 | | |
| 40:25-41:11 | | |
| 42:12-43:2 | | |
| 45:5-15 | | |
| 46:7-17 | | |
| 50:4-51:7 | | |
| 52:14-22 | | |
| 54:17-25 | | |

| Deposition Testimony of Patrick Enyeart | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 55:13-56:22 | | |
| 59:8-60:17 | | |
| 61:2-5 | | |
| 62:3-63:6 | | |
| 64:3-13 | | |
| 64:25-65:11 | | |
| 75:7-12 | | |
| 78:13-79:10 | | |
| 93:24-94:20 | | |
| 98:14-24 | | |
| 99:6-11 | | |
| 109:14-18 | | |
| 109:23-25 | | |
| 115:20-116:4 | | |
| 117:10-17 | | |
| 118:3-10 | | |
| 132:10-22 | | |
| 133:24-134:19 | | |
| 135:20-23 | | |
| 137:8-16 | | |
| 142:21-143:11 | | |
| 145:1-8 | | |
| 150:4-16 | | |
| 150:25-151:13 | | |
| 154:24-155:1 | | |

| Deposition Testimony of Patrick Enyeart | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 156:5-166:25 | | |
| Signature Page | | |
| 168:1-25 (certificate) | | |

| Deposition Testimony of Patrick Enyeart (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 20:11-14 | | |
| 22:20-23:3 | | |
| 23:12-22 | | |
| 36:2-13 | | |
| 39:14-25 | | |
| 41:12-42:11 | | |
| 65:12-20 | | |
| 76:15-77:11 | | |
| 100:24-103:21 | | |
| 122:5-123:5 | | |
| 123:17-24 | | |
| 137:17-19 | | |
| 143:12-20 | | |
| 150:17-24 | | |
| 155:1-5 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 8:7-12:3 | | |
| 14:14-24 | | |
| 17:7-21 | | |
| 35:17-37:10 | | |
| 37:17-39:9 | | |
| 39:14-40:12 | | |
| 41:7-42:17 | | |
| 44:20-25 | | |
| 46:20-47:14 | | |
| 48:6-9 | | |
| 48:14-49:14 | | |
| 50:2-10 | | |
| 51:8-23 | | |
| 54:5-12 | | |
| 54:20-55:1 | | |
| 55:2-24 | | |
| 57:5-14 | | |
| 58:4-15 | | |
| 59:10-60:3 | | |
| 60:4-9 | | |
| 60:16-61:5 | | |
| 61:6-19 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 61:20-62:23 | | |
| 62:24-64:24 | | |
| 65:13-18 | | |
| 67:19-23 | | |
| 70:25-72:12 | | |
| 73:2-74:8 | | |
| 74:9-75:3 | | |
| 75:7-16 | | |
| 75:23-76:3 | | |
| 76:4-16 | | |
| 77:2-8 | | |
| 77:13-78:14 | | |
| 85:19-86:22 | | |
| 87:23-89:24 | | |
| 91:15-23 | | |
| 94:24-95:11 | | |
| 96:15-97:12 | | |
| 97:13-17 | | |
| 97:18-98:7 | | |
| 98:8-11 | | |
| 98:18-99:18 | | |
| 99:19-100:7 | | |
| 100:18-101:13 | | |
| 102:6-19 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 102:20-106:22 | | |
| 107:19-108:25 | | |
| 109:13-22 | | |
| 110:2-14 | | |
| 111:7-112:15 | | |
| 113:3-5 | | |
| 113:16-114:14 | | |
| 115:17-116:20 | | |
| 117:9-118:18 | | |
| 121:5-123:6 | | |
| 123:19-124:7 | | |
| 124:8-125:1 | | |
| 126:6-15 | | |
| 127:1-7 | | |
| 127:17-20 | | |
| 129:9-19 | | |
| 135:12-139:14 | | |
| 139:22-140:8 | | |
| 140:21-143:6 | | |
| 144:16-146:10 | | |
| 146:18-148:14 | | |
| 149:11-151:14 | | |
| 151:16-152:11 | | |
| 153:18-155:4 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 157:8-15 | | |
| 158:17-18 | | |
| 159:21-160:7 | | |
| 160:8-161:22 | | |
| 162:3-163:2 | | |
| 165:8-12 | | |
| 167:5-9 | | |
| 169:9-25 | | |
| 172:3-173:13 | | |
| 174:12-16 | | |
| 175:4-22 | | |
| 176:10-178:13 | | |
| 179:7-9 | | |
| 182:1-183:11 | | |
| 184:2-5 | | |
| 184:23-185:3 | | |
| 185:13-19 | | |
| 186:3-188:6 | | |
| 188:7-190:19 | | |
| 191:3-192:4 | | |
| 192:6-10 | | |
| 192:11-194:3 | | |
| 194:10-25 | | |
| 195:21-196:22 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 199:4-7 | | |
| 200:2-10 | | |
| 200:11-201:5 | | |
| 202:14-203:9 | | |
| 205:7-206:2 | | |
| 210:11-21 | | |
| 210:22-212:23 | | |
| 214:2-22 | | |
| 214:25-215:4 | | |
| 217:17-218:18 | | |
| 218:19-23 | | |
| 222:22-23 | | |
| 223:18-224:16 | | |
| 224:24-225:18 | | |
| 225:19-24 | | |
| 226:11-24 | | |
| 227:9-228:1 | | |
| 229:2-230:5 | | |
| 232:14-233:3 | | |
| 234:20-235:12 | | |
| 235:13-236:10 | | |
| 237:4-20 | | |
| 237:25-238:8 | | |
| 238:9-18 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 239:16-240:12 | | |
| 241:8-20 | | |
| 242:3-14 | | |
| 250:23-251:10 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 17:14-19:13 | Objection:  Lacks personal knowledge (FRE 602) | |
| 20:7-20:25 | Objections:  Lacks foundation (FRE 901); hearsay (FRE 802); lacks personal knowledge (FRE 602) | |
| 21:5-21:10 | Objections:  Lacks foundation (FRE 901); hearsay (FRE 802); lacks personal knowledge (FRE 602) | |
| 24:10-24:19 | | |
| 34:6-34:12 | | |
| 36:8-36:20 | | |
| 37:25-38:12 | | |
| 38:22-40:12 | | |
| 43:7-9 | | |

-12-

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 43:15-18 | | |
| 46:5-13 | | |
| 49:1-49:24 | | |
| 53:2-53:15 | | |
| 54:5-55:1 | | |
| 55:14-58:3 | | |
| 59:1-61:8 | | |
| 62:18-62:19 | | |
| 79:24-80:5 | | |
| 83:4-9 | | |
| 86:9-87:6 | | |
| 87:23-88:7 | | |
| 97:18-25 | | |
| 98:18-99:13 | | |
| 100:18-101:13 | | |
| 102:20-104:4 | | |
| 104:5-105:21 | | |
| 106:17-22 | | |
| 112:1-6 | | |
| 113:24-116:11 | | |
| 116:22-117:8 | | |
| 117:12-118:11 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 121:5-20 | | |
| 122:18-23 | | |
| 124:15-20 | | |
| 127:21-24 | | |
| 130:14-131:8 | | |
| 132:7-133:15 | | |
| 132:21-133:1 | | |
| 133:8-22 | | |
| 134:3-15 | | |
| 134:24-137:20 | | |
| 138:8-139:14 | | |
| 139:23-140:6 | | |
| 140:21-141:2 | | |
| 141:14-143:6 | | |
| 145:3-6 | | |
| 145:11-20 | | |
| 146:25-147:7 | | |
| 147:19-24 | | |
| 148:3-14 | | |
| 149:7-9 | | |
| 149:11-150:22 | | |
| 161:15-22 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 163:4-9 | | |
| 169:9-25 | | |
| 172:7-10 | | |
| 176:22-177:24 | | |
| 178:15-19 | | |
| 179:10-17 | | |
| 181:10-21 | | |
| 182:15-21 | | |
| 184:6-22 | | |
| 188:23-189:8 | | |
| 189:19-190:3 | | |
| 191:11-21 | | |
| 194:4-195:19 | | |
| 196:23-197:2 | | |
| 199:1-25 | | |
| 200:9-201:9 | | |
| 203:14-21 | | |
| 205:7-206:2 | | |
| 209:25-210:10 | | |
| 211:2-7 | | |
| 211:11-14 | | |

| Deposition Testimony of Ira Schey 10-30-2013 [Schey I] (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 212:19-214:1 | Objections: 212:25-214:1 -- Lacks personal knowledge (FRE 602); lacks foundation (FRE 901) | |
| 216:10-218:18 | | |
| 219:16-25 | | |
| 225:14-225:18 | | |
| 227:23-228:12 | | |
| 233:25-234:19 | | |
| 235:21-236:10 | | |
| 237:4-20 | | |
| 239:23-240:8 | | |
| 240:21-241:7 | | |
| 242:3-14 | | |
| 242:22-244:14 | | |
| 244:17-250:12 | | |

| Deposition Testimony of Ira Schey 11-11-14 [Schey II] | Plaintiffs' Objections to Designations by U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 257:1 – 377:14 | | |
| 379:14 – 394:13 | | |
| 397:22-400:11 | | |
| 401:21-449:9 | | |
| 450:6-20 | | |
| 451:1 – 499:11 | | |
| 500:9 – 506:25 | | |
| 514:11 – 531:25 | | |
| 533:17-22 | | |
| 538:7-539:7 | | |
| 540:3-547:23 | | |
| 550:4-551:15 | | |
| 578:8-584:25 | | |
| 590:1-25 | | |

| Plaintiffs' Counter-Designations from Ira Schey 11-11-14 [Schey II] | Energia Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 308:6 – 310:5 | | |
| 315:19 – 318:17 | | |

| Plaintiffs' Counter-Designations from Ira Schey 11-11-14 [Schey II] | Energia Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 319:10 – 320:9 | | |
| 369:9 – 370:23 | | |
| 388:2 – 388: 9 | | |
| 389:9 – 390:21 | | |
| 392:11-14 | | |
| 393:20 – 395:13 | | |
| 430:20 – 431:11 | | |
| 443:1 – 450:8 | | |
| 460:8 – 461:16 | | |
| 463:9 – 464:8 | | |
| 469:23 – 471:3 | | |
| 475:19 – 479:12 | | |
| 478:7 – 11 | | |
| 482:3 – 483:3 | | |
| 496:13 – 497:7 | | |
| 506:12 – 507:8 | | |
| 508:25 – 509:10 | Object to the extent that Plaintiffs counter-designation consisted of neither testimony nor objections, but consists of irrelevant colloquy of counsel. | |
| 510:8 – 511:5 | Object to the extent that Plaintiffs counter-designation consisted of neither testimony nor objections, but consists of irrelevant colloquy of counsel. | |

| Plaintiffs' Counter-Designations from Ira Schey 11-11-14 [Schey II] | Energia Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 550:4 – 551:15 | | |

| Deposition Testimony of Ira Schey 03-25-15 [Schey III] | Plaintiffs' Objections to Designations by U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1 – 2:20 | | |
| 3:1 – 4:5 | | |
| 5:1 – 34:11 | | |
| 36:1 – 118:7 | | |
| 119:20 – 133:9 | | |
| 134:5 – 140:11 | | |
| 144:1-22 | | |

| Plaintiffs' Counter-Designations from Ira Schey 3-25-15 [Schey III] | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 28:22 – 32:4 | | |
| 33:17-23 | | |
| 69:25 – 71:14 | | |
| 72:21 – 74:8 | | |
| 76:25 – 77:14 | | |

| Plaintiffs' Counter-Designations from Ira Schey 3-25-15 [Schey III] | The U.S. Subsidiaries' Objections to Plaintiffs' Counter-Designations | Sustained/Overruled |
|---|---|---|
| 79:2-22 | | |
| 85:3-86:6 | | |
| 133:23-134:3 | | |

| Deposition Testimony of Peter Sloane | Plaintiffs' Objections to Testimony Cited by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1-25 (cover) | | |
| 4:1-6:4 | | |
| 9:8-11:20 | | |
| 31:2-36:4 | | |
| 98:18-105:21 | | |
| 106:3-115:12 | | |
| 115:17-118:20 | | |
| 118:23-141:21 | | |
| 142:3-144:1 | | |
| 144:23-25 | | |
| 145:6-163:9 | | |
| 163:13-165:20 | | |
| Signature page | | |
| 180:1-25 (certificate) | | |

| Deposition Testimony of Peter Sloane (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 38:15-41:2 | | |
| 41:23-43:18 | | |
| 46:3-14 | | |

| Deposition Testimony of Peter Sloane (Plaintiffs' Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 62:14-63:9 | Objections: 62:14-25 - Lacks personal knowledge (FRE 602); lacks foundation (FRE 901) | |

| Deposition Testimony of Robert Verbeck | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1-25 (cover) | | |
| 9:4-10:22 | | |
| 13:9-23:2 | | |
| 119:13-120:1 | | |
| 137:7-19 | | |
| 149:10-164:15 | | |
| 164:21-166:3 | | |
| 166:7-179:20 | | |
| 181:18-194:19 | | |
| 195:13-217:12 | | |
| 217:22-235:15 | | |
| 235:21-238:13 | | |
| 238:23-247:2 | | |
| 249:16-255:13 | | |
| 255:18-258:18 | | |
| Signature page | | |
| 267:1-268:12 (certificate) | | |

| Deposition Testimony of Robert Verbeck (Plaintiffs' Counter Designations) | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 49:8-12 | | |
| 82:9-20 | | |

| Deposition Testimony of Douglas Cooke | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | |
|---|---|---|
| 1:1-25 (cover) | | |
| 2:1-14 | | |
| 4:2-12 | | |
| 11:11-13:2 | | |
| 29:24-37:22 | | |
| 48:6-63:3 | | |
| 66:3-69:3 | | |
| 88:2-91:1 | | |
| 91:20-101:16 | | |
| 115:9-119:12 | | |
| 138:15-142:17 | | |
| 155:24-158:5 | | |
| 168:6-172:17 | | |
| 174:20-194:19 | <u>FRE 601 as to 176:2-179:24, 189:17-193:17</u>:  Mr. Cooke is not offering expert opinion regarding the cost of Falcon or Minotaur launch services, and no foundation was laid to establish that he has any personal knowledge regarding the cost or price of the specific launch services about which he was questioned.  On the contrary, Mr. Cooke testified that he was not involved in preparing or reviewing the NASA Inspector General Report (or the charts contained therein) that was the subject of questioning. | |
| 195:25-202:13 | | |

| Deposition Testimony of Douglas Cooke | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | |
|---|---|---|
| 233:9-239:21 | | |
| 241:9-251:7 | | |
| 255:16-256:4 | | |
| Signature page | | |
| 268:1-23 (certificate) | | |

| Deposition Testimony of Douglas Cooke (Plaintiff's Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 66:15-67:13 | | |
| 102:14-104:15 | | |
| 104:7-15 | | |
| 134:17-25 | | |
| 153:4-155:5 | | |

| Deposition Testimony of Richard McKinney | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1-25 (cover) | | |
| 2:1-14 | | |
| 4:2-11 | | |
| 4:23-5:11 | | |
| 6:1-6 | | |
| 7:22-9:5 | | |
| 10:20-24 | | |
| 14:5-8 | | |
| 16:3-17:14 | | |
| 19:25-21:15 | | |
| 21:19-25 | | |
| 24:3-26:20 | | |
| 28:8-32:17 | | |
| 35:2-19 | | |
| 37:15-38:10 | | |
| 38:25-39:6 | | |
| 41:14-20 | | |
| 42:23-43:9 | | |

| Deposition Testimony of Richard McKinney | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 57:18-21 | | |
| 60:2-8 | | |
| 60:10-67:19 | | |
| 77:24-78:16 | | |
| 82:15-83:3 | | |
| 85:2-8 | | |
| 106:21-108:3 | | |
| 110:16-20 | | |
| 117:24-118:4 | | |
| 118:9-16 | | |
| 118:19-120:7 | | |
| 122:23-123:4 | | |
| 126:17-128:5 | | |
| 131:10-17 | | |
| 132:7-14 | | |
| 135:5-138:8 | | |
| 140:6-11 | | |
| 141:24-144:19 | | |

| Deposition Testimony of Richard McKinney | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 146:8-147:25 | | |
| 148:14-150:19 | | |
| 154:25-159:14 | | |
| 168:11-25 | | |
| 197:20-199:13 | | |
| 201:7-21 | | |
| 203:4-212:20 | FRE 801, 802 (Hearsay) as to 209:8-15/Misleading/Assumes Facts Not In Evidence as 209:8-15:  Counsel's assertion that Lockheed purportedly made a "very specific allegation" that Mr. McKinney and Ms. Druyun passed confidential pricing information to Boeing in connection with the EELV program contains multiple levels of hearsay (inadmissible for the truth of the matter asserted).  Moreover, Counsel's questioning was misleading and assumed facts not in evidence. | |
| 213:14-218:15 | FRE 801, 802 (Hearsay)/Assumes Facts Not In Evidence/Calls for Speculation/Misleading/and Argumentative as to 209:23-212:20:  Counsel's assertion that Lockheed believed Mr. McKinney gave Boeing preferential treatment contains multiple levels of hearsay (inadmissible for the truth of the matter asserted).  Moreover, counsel's questioning was conducted in a misleading and argumentative manner | |

| Deposition Testimony of Richard McKinney | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| | and assumed facts not in evidence. | |
| 221:4-226:25 | | |
| 228:1-16 | | |
| 229:24-232:3 | | |
| 234:7-235:3 | | |
| 235:13-238:3 | | |
| 244:5-250:14 | | |
| 250:24-251:4 | | |
| 251:5-252:25 | FRE 602:  Mr. McKinney is not offering expert opinion regarding the cost of the EELV program and he testified that he was not familiar with the Selected Acquisition Report that is the subject of this questioning.  *See, e.g.* McKinney Tr. 244:5-20. | |
| 253:17-256:9 | FRE 602:  Mr. McKinney is not offering expert opinion regarding the cost of the EELV program and he testified that he was not familiar with the Selected Acquisition Report that is the subject of this questioning.  *See, e.g.* McKinney Tr. 244:5-20. | |
| 258:20-259:22 | | |
| 264:14-265:3 | | |
| 273:13-274:16 | | |

| Deposition Testimony of Richard McKinney | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 355:24-360:3 | | |
| 362:7-20 | | |
| 376:19-378:14 | | |
| Signature page | | |
| 386:1-22 (certificate) | | |

| Deposition Testimony of Richard McKinney (Plaintiff's Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 10:6-19 | | |
| 38:11-24 | | |
| 34:4-10 | | |
| 41:21-42:22 | | |
| 51:7-53:1 | | |
| 71:1-73:6 | | |
| 75:15-18 | | |
| 105:18-106:-20 | | |
| 108:4-13 | | |
| 113:19-24 | | |
| 116:25-117:23 | | |
| 120:8-122:2 | | |

| Deposition Testimony of Richard McKinney (Plaintiff's Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 126:11-16 | | |
| 128:7-22 | | |
| 131:18-132:6 | | |
| 132:15-23 | | |
| 132:24-133:4 | | |
| 139:7-23 | | |
| 150:20-151:13 | | |
| 151:23-152:24 | | |
| 166:9-168:10 | | |
| 200:8-201:6 | | |
| 201:22-24 | | |
| 258:3-18 | | |
| 260:2-25 | | |
| 261:11-18 | | |
| 313:18-314:1 | | |
| 315:16-23 | | |
| 317:4-18 | | |
| 321:18-322:3 | | |
| 323:21-24 | | |
| 347:6-351:17 | | |

| | Deposition Testimony of Robert Peckham | |
|---|---|---|

Plaintiffs object to various passages of Mr. Peckham's deposition testimony on the grounds that it exceeds the "scope" of his Rule 30(b)(6) designation and/or contains hearsay.  Defendants are citing to this testimony to support their unclean hands defense because Mr. Peckham, Plaintiffs' Rule 30(b)(6) designee, testified that Boeing made no efforts to obtain government contracts for Sea Launch, despite Plaintiffs' contentions that they assisted Sea Launch in doing so (Peckham Depo. at 214:16-215:6); that Boeing was not in favor of or interested in an integrated approach for government contracts with Sea Launch (*id.* at 217:12-218:3); that Boeing blocked Sea Launch's efforts to meet with a Congressman to help Sea Launch with government contracts (id. at 218:16-219:22); and that Boeing's Expendable Launch Services ("ELS") division communicated its concern that "pushing" Sea Launch for government contracts would diminish the marked for Boeing's Delta program.  (*Id.* at 226:4-19, 227:4-18.)

This testimony is within the scope of Plaintiffs' Rule 30(b)(6) designation for Mr. Peckham, which included "Plaintiffs' marketing and sales of goods and services related to Sea Launch" (Dkt. # 847-1, p. 11, No. 13); "efforts to sell Sea Launch services to the United States government and about discussions between or among Plaintiffs, Sea Launch, and the other Sea Launch partners about such efforts" (id., pp. 11-12, No. 17); and the "provision of goods and services by Boeing and its subsidiaries to Sea Launch," i.e., marketing services.  (*Id.*, p. 9, No. 10.)

Additionally, Mr. Peckham's testimony is not inadmissible hearsay because it Rule 30(b)(6) testimony that is based on Mr. Peckham's own personal knowledge and/or is supported by party admissions by Boeing, including the Boeing division known as ELS.  (Peckham Depo. at 214:16-215:6, 220:18-25, 221:4-11, 221:19-24, 222:18-223:9, 226:4-19, 227:4-18)  Plaintiffs' other Rule 30(b)(6) designee, Ira Schey, confirmed that ELS is a Boeing division.  (Schey Depo. Vol II [11/11/14] at 497:14-24.)

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1:1-25 | | |
| 7:1 – 8:22 | | |
| 9:5-11 | | |
| 9:19-22 | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 12:25 – 13:15 | | |
| 14:5-14:11 | | |
| 15:2-7 | | |
| 16:9-14 | | |
| 17:15-23 | | |
| 18:4-7 | | |
| 18:19-25 | | |
| 20:1 - 21:13 | | |
| 21:23 – 23:18 | | |
| 27:12-22 | | |
| 28:18 – 29:16 | | |
| 30:2-5 | | |
| 32:22 – 33:5 | | |
| 33:7-15 | | |
| 33:19-25 | | |
| 34:2-17 | | |
| 35:3 – 37:24 | | |
| 45:23 – 46:1 | | |
| 46:4 | | |
| 46:14-22 | | |
| 47:9-12 | | |
| 47:15 | | |
| 47:17-22 | | |
| 48:14-17 | | |
| 49:13-17 | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 49:19-21 | | |
| 49:23 – 50:17 | | |
| 51:2-16 | | |
| 52:11-15 | | |
| 53:11-12 | | |
| 53:14 – 54:11 | | |
| 54:25 – 55:6 | | |
| 60:24 – 61:5 | | |
| 61:8-10 | | |
| 61:13-16 | | |
| 61:18 | | |
| 62:7-11 | | |
| 62:13-17 | | |
| 62:19-21 | | |
| 63:14-15 | | |
| 63:17-18 | | |
| 64:8-15 | | |
| 64:17-20 | | |
| 65:14-23 | | |
| 67:12-15 | | |
| 67:17-20 | | |
| 67:22-25 | | |
| 68:2-7 | | |
| 68:9 | | |
| 68:14-20 | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 68:22-25 | | |
| 69:2 | | |
| 69:4-8 | | |
| 71:4-12 | | |
| 73:14 – 74:2 | | |
| 75:25 – 76:5 | | |
| 76:12-17 | | |
| 77:13 – 78:5 | | |
| 78:16-25 | | |
| 79:13-22 | | |
| 80:24 – 81:25 | | |
| 82:2-21 | | |
| 84:3-19 | | |
| 85:25 – 86:8 | | |
| 86:11-13 | | |
| 86:23 – 87:4 | | |
| 88:9-15 | | |
| 89:17-20 | | |
| 92:19 – 94:7 | | |
| 95:24 – 96:5 | | |
| 98:19-24 | | |
| 99:5-16 | Defendants' designated only the first line of the witness' answer and omitted the remainder of the answer.  Plaintiffs withdraw this objection if Defendants designate the complete answer. | |
| 100:9-5 | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 101:1-7 | | |
| 102:1-13 | | |
| 102:24 – 103:8 | | |
| 106:12 – 107:1 | | |
| 108:1-14 | | |
| 109:1-3 | | |
| 109:12 | | |
| 109:15-25 | | |
| 110:10-20 | | |
| 111:2-5 | | |
| 111:14-18 | | |
| 111:20 – 112:2 | | |
| 112:4-16 | | |
| 112:22 – 114:5 | | |
| 117:4-9 | | |
| 117:22 – 118:2 | | |
| 118:6-10 | | |
| 118:22 – 119:1 | <u>FRE 801, 802 (Hearsay)</u>:  Testimony concerns hearsay, as Mr. Peckham was being questioned about the statement that "Based on secondhand information, Simpson picked $57 million to not embarrass Delta pricing."  There is no evidence to establish the source of the "secondhand information" and no basis | |

-36-

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| | for attributing it to any person specifically authorized by Boeing to make a statement on the subject or to any Boeing agent or employee acting within the scope of the relationship. | |
| 119:11-22 | | |
| 120:5-12 | | |
| 121:14 – 122:4 | | |
| 122:19-24 | FRE 801, 802 (Hearsay):  The statement quoted at 122:19-22 is hearsay.  There is no evidence to establish the source of the statement and no basis to show that it was made by any person specifically authorized by Boeing to make a statement on the subject or by any Boeing agent or employee acting within the scope of the relationship. | |
| 124:25 – 125:11 | | |
| 125:15-17 | | |
| 125:24 – 126:11 | | |
| 126:22-25 | | |
| 127:11 – 128:23 | | |
| 129:15-23 | | |
| 130:13-17 | | |
| 131:3-20 | | |
| 134:15-25 | | |
| 135:4-24 | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 136:1-9 | | |
| 137:14-23 | | |
| 138:10-22 | | |
| 148:1-10 | | |
| 163:7-22 | | |
| 165:6-11 | | |
| 165:23 – 166:2 | | |
| 166:17-23 | | |
| 167:7-13 | | |
| 168:2-8 | | |
| 168:11-12 | | |
| 168:24 – 169:10 | | |
| 169:18 – 170:6 | | |
| 173:13 – 175:15 | | |
| 175:19 – 176:5 | | |
| 176:13 – 177:4 | | |
| 177:13 – 178:6 | | |
| 180:1-16 | | |
| 181:21-25 | | |
| 182:10 – 183:15 | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 183:24 – 184:10 | | |
| 184:20 – 185:9 | | |
| 188:2-23 | | |
| 189:11 – 190:15 | Designation omits half the answer. Plaintiffs withdraw this objection if Defendants designate the complete answer. | |
| 191:10 – 192:1 | Designation omits half the answer. Plaintiffs withdraw this objection if Defendants designate the complete answer. | |
| 192:8-23 | | |
| 193:21 – 194:1 | | |
| 194:12 – 195:1 | | |
| 195:12-23 | | |
| 196:1-6 | | |
| 196:17-25 | | |
| 197:6-11 | | |
| 197:16 – 198:19 | | |
| 199:21-25 | | |
| 200:8-19 | | |
| 201:5-13 | | |
| 201:14 – 202:20 | | |
| 204:5 – | | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 205:10 | | |
| 206:13-19 | | |
| 207:11-15 | <u>FRE 801, 802 (Hearsay)</u> as to views expressed by "customer community." | |
| 210:3-21 | | |
| 212:7-23 | | |
| 213:14-23 | | |
| 214:16 – 215:6 | <u>FRE 602/Outside the scope of Rule 30(b)(6) designation as to 214:25-215:6</u> - Mr. Peckham was not designated by Boeing as a Rule 30(b)(6) witness on the topic of Boeing's efforts to assist Sea Launch in obtaining U.S. government launches, and no foundation was laid for his.  In fact, Defendants moved to compel Plaintiffs to provide a Rule 30(b)(6) deposition regarding Boeing's efforts to assist Sea Launch in obtaining U.S. government launches, and Judge Wistrich declined to order Boeing to produce a Rule 30(b)(6) deponent on that topic. Furthermore, no foundation was laid for Mr. Peckham's testimony regarding the extent of Boeing's efforts to help Sea Launch get U.S. government launches. As Mr. Peckham was under no obligation to gather information regarding what efforts Boeing made to help Sea Launch get U.S. government launches, his limited knowledge about such efforts is neither surprising or relevant in light of his lack of foundation on which to testify. | |
| 215:15-20 | | |
| 216:11-15 | | |

-40-

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 217:12 – 218:3 | <u>FRE 602/Outside the scope of Rule 30(b)(6) designation/Calls for Speculation as to 217:17-218:3</u> - Mr. Peckham was not designated by Boeing as a Rule 30(b)(6) witness on the topic of Boeing's efforts to help Sea Launch obtain U.S. government launches.  In fact, Defendants moved to compel Plaintiffs to provide a Rule 30(b)(6) deposition regarding Boeing's efforts to assist Sea Launch in obtaining U.S. government launches, and Judge Wistrich declined to order Boeing to produce a Rule 30(b)(6) deponent on that topic.  Moreover, Mr. Peckham testified that he did not recall the e-mail about which he was questioned (Ex. 2100) (*see* 215:24-216:3).  Additionally, no foundation was laid for his testimony regarding what Ms. Schnaars may have meant in a portion of the e-mail chain (Ex. 2100) not directed to him.  As Mr. Peckham was under no obligation to gather information regarding what efforts Boeing made to help Sea Launch get U.S. government launches or to learn what Ms. Schnaars may have meant in her e-mail to directed to other people, his speculation concerning Ms. Schnaars' meaning is neither relevant nor supported by proper foundation on which to testify.<br><br><u>FRE 801, 802 (Hearsay)</u> - The statements quoted by counsel in this line of questioning are hearsay, because no foundation was laid to establish that the declarant was specifically authorized by Boeing to make a statement on the subject of an integrated | |

-41-

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
|  | approach for Sea Launch and Boeing regarding government launches, and there is no evidence that the statement was made by the declarant concerning a matter within the scope of the employment.  Furthermore, as the proponent of the evidence, the Subsidiaries have the burden to demonstrate that the statement quoted by counsel from Ex. 2100 concerned a matter within the scope of the declarant's employment." *See Oki America, Inc. v. Microtech Int'l, Inc.*, 872 F.2d 312, 314 (9th Cir.1989). |  |
| 218:16 – 219:22 | <u>FRE 602/Outside the scope of Rule 30(b)(6) designation/Calls for Speculation as to 219:1-22</u> - Mr. Peckham was not designated by Boeing as a Rule 30(b)(6) witness on the topic of Boeing's efforts to help Sea Launch obtain U.S. government launches, and Mr. Peckham testified that he was not familiar with the e-mail about which he was questioned (Ex. 2100) (*see* 215:24-216:3).  Furthermore, no foundation was laid for him to testify regarding Boeing's views concerning an integrated Sea Launch/Boeing approach to government launches.  As Mr. Peckham was under no obligation to gather information regarding what efforts Boeing made to help Sea Launch get U.S. government launches or how it viewed an integrated approach, his limited knowledge regarding such matters is neither surprising or relevant in light of his lack of foundation on which to testify. |  |
| 220:6-8 |  |  |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| 220:18-25 | | |
| 221:4-11 | | |
| 221-19-24 | | |
| 222:18 – 223:9 | | |
| 224:11 – 225:15 | | |
| 226:4-19 | <u>FRE 602/Outside the scope of Rule 30(b)(6) designation/Calls for Speculation</u> - Mr. Peckham was not a Rule 30(b)(6) designee on the topic of Boeing's efforts to help Sea Launch obtain U.S. government launches or on the topic of ELS' position regarding Sea Launch and NASA launches, and no foundation was laid for his testimony regarding these matters.  As Mr. Peckham was under no obligation to gather information regarding what efforts Boeing made to help Sea Launch get U.S. government launches or to investigate ELS' position regarding Sea Launch and NASA launches, his speculation regarding the matters referenced in the e-mail that was the subject of questioning is not supported by proper foundation.<br><br><u>FRE 801, 802 (Hearsay)</u> - There is no evidence that the statements attributed to ELA were made by a person specifically authorized by either ELA or Boeing to make a statement on the subject.  Nor is there any evidence that | |

-43-

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| | the statements attributed to ELA/Boeing were made concerning a matter within the scope of the employment. Furthermore, as the proponent of the evidence, the Subsidiaries have the burden to demonstrate that the statements attributed to ELS/Boeing concerned a matter within the scope of the employment." *See Oki America, Inc. v. Microtech Int'l, Inc.*, 872 F.2d 312, 314 (9th Cir.1989). | |
| 227:4-18 | <u>FRE 602/Calls for Speculation/Outside the scope of Rule 30(b)(6) designation</u> - Mr. Peckham was not designated by Boeing as a Rule 30(b)(6) deponent on the topic of Boeing's efforts to help Sea Launch obtain U.S. government launches or on the topic of ELS' position regarding NASA launches, and no foundation was laid for his testimony regarding either of these matters.  As Mr. Peckham was under no obligation to gather information regarding what efforts Boeing made to help Sea Launch get U.S. government launches or to investigate ELS' position regarding Sea Launch and NASA launches, his limited knowledge about such matters is neither surprising or relevant in light of his lack of foundation on which to testify.<br><br><u>Assumes Facts Not in Evidence/FRE 801, 802 (Hearsay)</u> - The question assumes that Boeing did not cooperate with Sea Launch based on an out of court statement (taken out of context) by an ELS representative.  There is, | |

| Deposition Testimony of Robert Peckham | Plaintiffs' Objections to Testimony Cited by the Energia Subsidiaries | Sustained/Overruled |
|---|---|---|
| | however, no evidence that the statement attributed to ELA was made by a person specifically authorized by either ELA or Boeing to make a statement on the subject.  Nor is there any evidence that the statement attributed to ELA/Boeing was made concerning a matter within the scope of the declarant's employment.  Furthermore, as the proponent of the evidence, the Subsidiaries have the burden to demonstrate that the statements concerned a matter within the scope of the employment." *See Oki America, Inc. v. Microtech Int'l, Inc*., 872 F.2d 312, 314 (9th Cir.1989). | |
| 236:1-237:12 | | |

| Plaintiffs' Counter-Designations to Peckham Designations | The Energia Subsidiaries' Objections | Sustained/Overruled |
|---|---|---|
| 10:5-10 | | |
| 17:23-18:3 | | |
| 18:8-18 | | |
| 40:4-10 | | |
| 42:19-25 | | |
| 44:17-45:3 | | |
| 48:18-21 | | |
| 52:16-19 | | |
| 54:12-17 | | |

-45-

| Plaintiffs' Counter-Designations to Peckham Designations | The Energia Subsidiaries' Objections | Sustained/Overruled |
|---|---|---|
| 55:8-15 | | |
| 56:12-57:6 | | |
| 58:6-16 | | |
| 63:20-22 | | |
| 65:24-66:2 | | |
| 69:9-70:8 | | |
| 71:13-72:20 | | |
| 73:4-13 | | |
| 74:4-21 | | |
| 79:2-12 | | |
| 82:22-83:7 | | |
| 86:9-10 | | |
| 86:14-17 | | |
| 87:5-88:5 | | |
| 89:4-16 | | |
| 96:14-21 | | |
| 96:25-97:17 | Hearsay (FRE 802) | |
| 99:2-4 | | |
| 99:25-100:8 | | |
| 100:18-25 | | |
| 101:14-25 | | |
| 102:15-23 | | |
| 103:9-104:7 | | |
| 105:2-106:10 | | |

| Plaintiffs' Counter-Designations to Peckham Designations | The Energia Subsidiaries' Objections | Sustained/Overruled |
|---|---|---|
| 110:1-9 | | |
| 114:8-22 | | |
| 115:2-19 | | |
| 117:10-20 | | |
| 118:11-14 | | |
| 120:11-121:13 | | |
| 122:7-17 | | |
| 122:25-123:2 | | |
| 123:22-124:2 | | |
| 124:19-24 | | |
| 126:12-15 | | |
| 130:7-12 | | |
| 138:2-4 | | |
| 158:15-17 | | |
| 159:2-9 | | |
| 166:3-15 | | |
| 180:20-22 | | |
| 181:1-20 | | |
| 185:10-23 | | |
| 186:15-188:1 | 186:22-188:1 – This is not testimony. | |
| 190:16-191:9 | | |
| 192:2-7 | | |
| 193:12-17 | | |
| 194:2-10 | | |

| Plaintiffs' Counter-Designations to Peckham Designations | The Energia Subsidiaries' Objections | Sustained/Overruled |
|---|---|---|
| 205:12-206:3 | | |
| 210:22-25 | | |
| 211:7-212:5 | | |
| 214:6-15 | | |
| 215:8-14 | | |
| 215:24-216:3 | | |
| 217:8-11 | | |
| 219:24-220:5 | | |
| 221:25-222:7 | | |
| 225:16-226:2 | | |
| 230:25-232:16 | | |
| 232:22-233:16 | | |

| Deposition Testimony of Dennis Shomko | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1 (cover) | | |
| 11:3-13:3 | | |
| 13:17-23:23 | | |
| 24:21-28:6 | | |
| 29:13-33:9 | | |
| 33:17-51:3 | | |
| 51:22-55:7 | | |
| 55:11-56:22 | | |
| 57:2-59:6 | | |
| 59:11-12 | | |
| 59:25-64:7 | | |
| 64:11-65:17 | | |
| 67:4-72:12 | | |
| 72:16-74:22 | | |
| 75:6-77:7 | | |
| 77:11-14 | | |
| 77:22-80:9 | | |
| 80:12-81:12 | | |

| Deposition Testimony of Dennis Shomko | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 82:6-92:7 | | |
| 92:12-93:12 | | |
| 93:24-94:2 | | |
| 94:6-95:16 | | |
| 95:19-99:25 | | |
| 100:10-101:3 | | |
| 101:7-18 | | |
| 102:4-16 | | |
| 102:22-25 | | |
| 103:4-107:12 | | |
| 107:16-108:11 | | |
| 108:23-109:25 | | |
| 110:11-111:3 | | |
| 111:8-112:22 | | |
| 113:9-116:2 | | |
| 116:20-119:1 | | |
| 119:7-127:18 | | |
| 127:21-130:20 | | |

| Deposition Testimony of Dennis Shomko | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 131:14-143:8 | | |
| 144:1-159:1 | | |
| 159:21-160:13 | | |
| 160:17-170:17 | | |
| 170:22-171:6 | | |
| 172:3-187:10 | | |
| 187:15-188:14 | | |
| 190:13-23 | | |
| 191:7-199:12 | | |
| 199:24-207:4 | | |
| 207:11-211:16 | | |
| 212:2-221:14 | | |
| 221:21-227:8 | | |
| 227:10-234:9 | | |
| 234:17-237:1 | | |
| 238:1-245:17 | | |
| 246:6-258:22 | | |
| 259:5-268:14 | | |
| 268:21-273:19 | | |
| 273:22-280:9 | | |
| 282:5-18 | | |
| 290:12-292:4 | | |

| Deposition Testimony of Dennis Shomko | Plaintiffs' Objections to Testimony Designated by the U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 292:9-15 | | |
| 292:24-293:13 | | |
| 293:16-294:11 | | |
| 294: 14-298:11 | | |
| 289:20-299:1 | | |
| 299:3-300:20 | | |
| 300:22-301:20 | | |
| 302:1-304:16 | | |
| Signature page | | |
| 307:1-25 (certificate) | | |

| Deposition Testimony of Vycheslav Vasiliev 1-19-2015 | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 1 (cover) | | |
| 8:2-9:16 | | |
| 11:7-12:8 | | |
| 13:17-25 | | |
| 15:13-23 | | |
| 18:9-16 | | |
| 22:6-23:15 | | |
| 29:16-19 | | |
| 32:3-10 | | |
| 35:14-18 | | |
| 40:20-41:16 | | |
| 42:17-43:9 | | |
| 45:5-12 | | |
| 56:14-57:6 | | |
| 57:24-58:1 | | |
| 60:23-61:20 | | |
| 62:8-24 | | |
| 77:14-17 | | |
| 78:10-20 | | |
| 85:10-87:12 | | |
| 90:21-92:3 | | |
| 92:24-93:25 | | |
| 96:6-97:2 | | |
| 99:15-100:2 | | |

| Deposition Testimony of Vycheslav Vasiliev 1-19-2015 | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 100:6-101:10 | | |
| 101:17-24 | | |
| 105:24-106:16 | | |
| 107:10-21 | | |
| 108:17-109:10 | | |
| 109:19-110:3 | | |
| 118:19-23 | | |
| 119:2-120:2 | | |
| 121:19-123:2 | | |
| 128:20-133:24 | | |
| 152:1-14 (signature) | | |
| Certificate | | |

| Deposition Testimony of Vycheslav Vasiliev 1-19-2015 (Plaintiff's Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 16:3-17:6 | | |
| 134:14-135:8 | | |

| Deposition Testimony of Vycheslav Vasiliev 1-20-2015 | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 157 (cover) | | |
| 164:13-173:22 | | |
| 174:10-176:14 | | |
| 177:1-178:23 | | |
| 179:17-180:25 | | |
| 204:4-209:12 | | |
| 216:6-17 | | |
| 219:23-220:8 | | |
| 220:11-16 | | |
| 226:7-228:1 | | |
| 228:13-229:16 | | |
| 229:21-25 | | |
| 231:17-233:8 | | |
| 236:13-21 | | |
| 237:19-238:2 | | |
| 239:16-240:2 | | |
| 246:21- 247:12 | | |
| 248:1-8 | | |
| 251:4-252:7 | | |
| 253:17-254:10 | | |
| 258:13-22 | | |
| 261:16-263:9 | | |
| 267:9-24 | | |
| 268:4-8 | | |

| Deposition Testimony of Vycheslav Vasiliev 1-20-2015 | Plaintiffs' Objections to Testimony Designated by The U.S. Subsidiaries | Sustained/Overruled |
|---|---|---|
| 268:16-17 | | |
| 270:14-271:15 | | |
| 275:2-8 | | |
| 275:16-276:25 | | |
| 298:17-299:24 | | |
| 300:1-11 | | |
| 301:2-303:17 | | |
| 308:1-309:4 | | |
| 315:1-14 (signature) | | |
| Certificate | | |

| Deposition Testimony of Vycheslav Vasiliev 1-20-2015 (Plaintiff's Counter Designations) | The U.S. Subsidiaries' Objections to Plaintiffs' Counter Designations | Sustained/Overruled |
|---|---|---|
| 179:3-10 | | |
| 181:20-25 | | |
| 214:17-216:5 | | |
| 233:19-25 | Objections: Lacks foundation (FRE 901); improper lay witness opinion (FRE 701) | |
| 250:14-251:3 | | |
| 303:18-305:7 | | |

DATED:  November 16, 2015          DENTONS US LLP


By   /s/ Steven A. Velkei
          Steven A. Velkei

*Attorneys for Defendants*
ENERGIA LOGISTICS LTD. AND
ENERGIA OVERSEAS LLC

85535753

-57-