RONALD D. KENT (SBN 100717)
ronald.kent@dentons.com
STEVEN A. VELKEI (SBN 160561)
steven.velkei@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

CLAUDE D. MONTGOMERY (Admitted Pro Hac Vice)
claude.montgomery@dentons.com
LEE P. WHIDDEN (Admitted Pro Hac Vice)
lee.whidden@dentons.com
DENTONS US LLP
620 Fifth Avenue, 5th Floor
New York, New York 10020
Telephone: (212) 632-5500
Facsimile: (212) 632-5555

Attorneys for Defendants
*Energia Logistics Ltd. and
Energia Overseas LLC.*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>        Defendants. | No. CV 13-00730 AB (AJWx)<br><br>**DEFENDANTS' NOTICE OF LODGING OF DEPOSITION DESIGNATIONS AND TRANSCRIPTS AFTER COURTS' RULING ON THE PARTIES' OBJECTIONS THERETO**<br><br>Trial Date:  November 10, 2015<br>Judge:    Hon. André Birotte, Jr.<br>Courtroom:  No. 4 (Second Floor) |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 32-1, Defendants Energia Logistics, Ltd., and Energia Overseas LLC (the "U.S. Subsidiaries") are hereby lodging copies of the following deposition transcripts to be introduced into evidence. These transcripts were previously lodged with the Court on November 9, 10, and 17, 2015. As the Court directed, they have been re-marked in accordance with Local Rule 16-2.7 and 32-1 to reflect the Court's November 20, 2015 rulings on the parties' evidentiary objections.

The U.S. Subsidiaries also have designated and are introducing into evidence testimony from the depositions of Dennis Shomoko and Vyacheslav Vasiliev. Pursuant to the parties' agreement, Plaintiffs will be lodging re-marked versions of those transcripts that contain both sides' designations and counter-designations that remain after the Court's November 20, 2015 evidentiary rulings.

A revised index showing the testimony the U.S. Subsidiaries have designated and Plaintiffs' counter-designations will be filed with the Court in accordance with the Court's directive that the parties submit a joint pleading listing all admitted exhibits and all designated deposition testimony.

| NO. | DEPOSITION | DATE |
|---|---|---|
| 1. | Albaugh, James | 12-22-14 |
| 2. | Cooke, Douglas | 05-14-15 |
| 3. | Enyeart, Patrick | 11-12-14 |
| 4. | McKinney, Richard | 05-12-15 |
| 5. | Peckham, Robert | 12-08-14 |
| 6. | Schey, Ira | 10-30-13 |
| 7. | Schey, Ira | 11-11-14 |
| 8. | Schey, Ira | 03-25-15 |
| 9. | Shomko, Dennis (to be lodged by Plaintiffs) | 11-18-14 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| NO. | DEPOSITION | DATE |
|---|---|---|
| 10. | Sloane, Peter | 01-16-15 |
| 11. | Vasiliev, Vyacheslav (to be lodged by Plaintiffs) | 1-19-2015 |
| 12. | Vasiliev, Vyacheslav (to be lodged by Plaintiffs) | 1-20-2015 |
| 13. | Verbeck, Robert | 12-10-14 |

Dated:  November 23, 2015          DENTONS US LLP

s/Steven A. Velkei

Attorneys for Defendants
Energia Overseas LLC and Energia Logistics
Ltd.

85558742\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-2-