NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KB YUZHNOYE, *et al.*,<br><br>    Defendants. | CASE NO. CV13-00730-AB (AJWx)<br><br>**JUDGMENT AS TO PLAINTIFFS BREACH OF CONTRACT CLAIMS**<br><br>Judge: Hon. André Birotte Jr. |

Plaintiffs The Boeing Company ("Boeing") and Boeing Commercial Space Company ("BCSC") filed a Motion for Summary Judgment on their claims against Defendant S.P. Korolev Rocket and Space Corporation, Energia ("RSC Energia"), and against Defendant KB Yuzhnoye ("Yuzhnoye") and Defendant PO Yuzhnoye Mashinostroitelny Zavod ("Yuzhmash") for breach of the Creation Agreement and the BCSC Loan Guarantees. A hearing on the Motion was held before the Court on June 29, 2015. Having fully considered the arguments, issues, and evidence presented, and in accordance with the Order Granting Plaintiffs' Motion for Summary Judgment, dated September 28, 2015 (Dkt. No. 750),

**IT IS HEREBY ORDERED AND ADJUDGED THAT**

1. Judgment is entered in favor of Plaintiff Boeing on its claim for breach of contract (Creation Agreement) against Defendant RSC Energia;

    a. Plaintiff Boeing shall recover from Defendant RSC Energia the principal amount of USD $112,270,615.71—to be reduced by an amount of USD $928,687.29, in full and final satisfaction of: RSC Energia's counterclaim (Count IV) to recover the costs awarded to it in the Swedish arbitration and prejudgment interest on those costs; RSC Energia's existing or future claims for costs in the proceedings in the Swedish Court of Appeals and/or the Swedish Supreme Court (the "Swedish Appeals") relating to the Swedish arbitration and any prejudgment interest on those claims; and any other relief sought by Energia in connection with Count IV or the Swedish Appeals—for a total principal amount in Boeing's favor on its claim for breach of the Creation Agreement by Energia of USD $111,341,928.42.

    b. Plaintiff Boeing shall recover from Defendant RSC Energia prejudgment interest on its claim for breach of the Creation Agreement from September 21, 2009, up to and including October 15, 2015, in the additional amount of USD $54,050,615.56;

      c.    Plaintiff Boeing shall recover from Defendant RSC Energia prejudgment interest on its claim for breach of the Creation Agreement in the additional amount of USD $24,607.26 per diem from October 16, 2015, up to and including the date the Judgment is entered;

      d.    With respect to Plaintiff Boeing and Defendant RSC Energia, Plaintiff Boeing is the prevailing party for purposes of an award of costs; and

      e.    Post-judgment interest shall apply to the total judgment awarded in favor of Plaintiff Boeing against Defendant RSC Energia on Boeing's claim for breach of the Creation Agreement (*i.e.*, USD $165,392,543.98, plus the amounts provided under Paragraph No. 1.c above, and plus any costs and/or attorneys' fees subsequently awarded), as provided by 28 U.S.C. § 1961, as of the date the Judgement is entered.

2.    Judgment is entered in favor of Plaintiff BCSC on its claim for breach of contract (BCSC Loan Guarantee) against Defendant RSC Energia;

      a.    Plaintiff BCSC shall recover from Defendant RSC Energia on its claim for breach of the BCSC Loan Guarantee the principal amount of USD $130,764,438.25;

      b.    Plaintiff BCSC shall recover from Defendant RSC Energia prejudgment interest[1] on its claim for breach of the BCSC Loan

---

[1] **In the Parties' respective proposed judgment briefs, there is a dispute as to whether a simple interest rate or a compound interest rate should be applied to the prejudgment interest rate of Plaintiff BCSC's claim. (Dkt. No. 779, Ex. 1, pp. 8-9;** *cf.* **Dkt. No. 780, pp. 5-6.) The Parties do not dispute that the simple interest rate here is 3.25% per annum.**

(Continued…)

|    |    |    |
|----|----|----|
| 1  |    | Guarantee from August 5, 2009, up to and including October 15, |
| 2  |    | 2015, in the additional amount of USD $**26,337,390.90**; |
| 3  | c. | Plaintiff BCSC shall recover from Defendant RSC Energia |
| 4  |    | prejudgment interest on its claim for breach of the BCSC Loan |
| 5  |    | Guarantee in the additional amount of USD $**11,643.41** per diem |
| 6  |    | from October 16, 2015, up to and including the date the Judgment is |
| 7  |    | entered; |
| 8  | d. | With respect to Plaintiff BCSC and Defendant RSC Energia, |
| 9  |    | Plaintiff BCSC is the prevailing party for purposes of an award of |
| 10 |    | costs; and |
| 11 | e. | Post-judgment interest shall apply to the total judgment awarded in |
| 12 |    | favor of Plaintiff BCSC against Defendant RSC Energia (*i.e.*, USD |
| 13 |    | $**157,101,829.15**, plus the amounts provided under Paragraph No. |
| 14 |    | 2.c above, and plus any costs and/or attorneys' fees subsequently |
| 15 |    | awarded), as provided by 28 U.S.C. § 1961, as of the date the |
| 16 |    | Judgement is entered. |

3. Judgment is entered in favor of Plaintiff Boeing on its claim for breach of contract (Creation Agreement) against Defendants Yuzhnoye and Yuzhmash;

    a. Plaintiff Boeing shall recover from Defendants Yuzhnoye and Yuzhmash on its claim for breach of the Creation Agreement the

---

**The BCSC Loan Guaranties is governed under English law. (Dkt. No. 750, pp. 19-20.) As stated in the David Wolfson Declaration (Dkt. No. 752-4), English law allows a successful claimant "to recover prejudgment interest on any sums found due to him or her under a judgment of the court." (*Id.* at ¶ 2.) In awarding prejudgment interest, "[t]he court may order simple interest under Section 35A of the Senior Courts Act 1981 or an appropriate interest rate (including [a semi-annual] compound interest) under the common law." (*Id.* at ¶ 16.) Accordingly, "it is for the US court to determine the applicable pre-judgment interest rate" pursuant to English law. (*Id.* at ¶ 20.)**

(Continued…)

principal amount of USD $67,362,369.42—to be reduced by an amount of USD $610,661.76, in full and final satisfaction of: Yuzhnoye and Yuzhmash's counterclaim (Count IV) to recover the costs awarded to them in the Swedish arbitration and prejudgment interest on those costs; Yuzhnoye's and/or Yuzhmash's existing or future claims for costs in the proceedings in the Swedish Court of Appeals and/or the Swedish Supreme Court (the "Swedish Appeals") relating to the Swedish arbitration and any prejudgment interest on those claims; and any other relief sought by Yuzhnoye and/or Yuzhmash in connection with Count IV or the Swedish Appeals—for a total principal amount in Boeing's favor on its claim for breach of the Creation Agreement against Yuzhnoye and Yuzhmash of USD $66,751,707.66.

b. Plaintiff Boeing shall recover from Defendants Yuzhnoye and Yuzhmash on its claim for breach of the Creation Agreement prejudgment interest from September 21, 2009, up to and including October 15, 2015, in the additional amount of USD $32,430,369.33;

c. Plaintiff Boeing shall recover from Defendants Yuzhnoye and Yuzhmash prejudgment interest on its claim for breach of the Creation Agreement in the additional amount of USD $14,764.35 per diem from October 16, 2015, up to and including the date the Judgment is entered;

d. With respect to Plaintiff Boeing and Defendants Yuzhnoye and Yuzhmash, Plaintiff Boeing is the prevailing party for purposes of an award of costs;

---

**Given the circumstances of this matter, the Court concludes that a simple interest of 3.25% per annum (*i.e.*, USD $11,643.41 per diem) is appropriate. The re-calculation for the prejudgment interest is adjusted accordingly.**

4

      e. Post-judgment interest shall apply to the total judgment awarded in favor of Plaintiff Boeing against Defendants Yuzhnoye and Yuzhmash (*i.e.*, USD $99,182,076.99, plus the amounts provided under Paragraph No. 3.c above, and plus any costs and/or attorneys' fees subsequently awarded), as provided by 28 U.S.C. § 1961, as of the date the Judgement is entered; and

      f. Defendants Yuzhnoye and Yuzhmash shall be jointly and severally liable for all amounts awarded in favor of Plaintiff Boeing and against Defendants Yuzhnoye and Yuzhmash under Paragraph No. 3 of the Judgment.

4. Judgment is entered in favor of Plaintiff BCSC on its claim for breach of contract (BCSC Loan Guarantee) against Defendants Yuzhnoye and Yuzhmash;

      a. Plaintiff BCSC shall recover from Defendants Yuzhnoye and Yuzhmash on its claim for breach of the BCSC Loan Guarantee the principal amount of USD $78,458,662.00;

      b. Plaintiff BCSC shall recover from Defendants Yuzhnoye and Yuzhmash on its claim for breach of the BCSC Loan Guarantee prejudgment interest[2] from August 5, 2009, up to and including October 15, 2015, in the additional amount of USD $**15,802,434.35**;

      c. Plaintiff BCSC shall recover from Defendants Yuzhnoye and Yuzhmash on its claim for breach of the BCSC Loan Guarantee prejudgment interest in the additional amount of USD $**6,986.05** per diem from October 16, 2015, up to and including the date the Judgment is entered;

      d. With respect to Plaintiff BCSC and Defendants Yuzhnoye and

---

[2] *See supra* **n. 1.**

5

Yuzhmash, Plaintiff BCSC is the prevailing party for purposes of an award of costs;

e. Post-judgment interest shall apply to the total judgment awarded in favor of Plaintiff BCSC against Defendants Yuzhnoye and Yuzhmash (*i.e.*, USD $**94,261,096.35**, plus the amounts provided under No. 4.c above, and plus any costs and/or attorneys' fees subsequently awarded), as provided by 28 U.S.C. § 1961, as of the date the Judgement is entered; and

f. Defendants Yuzhnoye and Yuzhmash shall be jointly and severally liable for all amounts awarded in favor of Plaintiff BCSC and against Defendants Yuzhnoye and Yuzhmash under Paragraph No. 4 of the Judgment.

5. The Court has not yet resolved Plaintiff Boeing's and Plaintiff BCSC's claims that Energia Overseas, LLC and Energia Limited, Ltd. are alter egos of RSC Energia. Nevertheless, in accordance with Federal Rule of Civil Procedure 54(b), this Court expressly determines that there is no just reason to delay entry of this Final Judgment as to Plaintiffs' claims for breach of the Creation Agreement and the BCSC Loan Guarantees against Defendant RSC Energia and Defendants Yuzhnoye and Yuzhmash (and all defenses thereto).

**IT IS SO ORDERED AND ADJUDGED.**

DATED: May 12, 2016

_____
Hon. André Birotte Jr.
United States District Court Judge
Central District of California