UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KB YUZHNOYE, *et al.*, <br><br> Defendants. | CASE NO. CV13-00730-ABC (AJWx) <br><br> [Assigned to the Hon. André Birotte Jr ] <br><br> **[PROPOSED] ORDER RE: ATTORNEYS' FEES AND COSTS PURSUANT TO THE NOVEMBER 3, 2017 ORDER (DKT. 1076)** |

Pursuant to the Court's November 3, 2017 Order (Dkt. 1076) and Plaintiffs' declaration of reasonable fees and expenses related thereto, the Court Orders the Yuzhnoye Defendants to pay $125,935.79 to Plaintiffs reflecting the reasonable fees and expenses incurred in attempting to secure post-judgment discovery from the Yuzhnoye Defendants.

**IT IS SO ORDERED.**

DATED: February 21, 2018

_____
The Honorable André Birotte Jr.

1